UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
PENNYMAC LOAN SERVICES, LLC
R.A. LEBRON, ESQ.
YPNM004
bankruptcy@feinsuch.com

Order Filed on August 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 17-26345 KCF |
|---|---|
| JOSHUA W FERRELL and CANDICE M FERRELL | Hearing Date: August 6, 2019 |
| Debtor(s). | Judge: Hon. Kathryn C. Ferguson, Chief Judge |
| | Chapter: 7 |

Recommended Local Form  ☒ Followed  ☐ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**

**DATED: August 7, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, PENNYMAC LOAN SERVICES, LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

15 PRINCE STREET, CHATSWORTH, NJ 08019.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this Order on the Debtor(s), any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-26345-KCF
Joshua W Ferrell                                                    Chapter 7
Candice M Ferrell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 2           Date Rcvd: Aug 08, 2019
                              Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
db/jdb         +Joshua W Ferrell,   Candice M Ferrell,   105 Savoy Blvd.,   Chatsworth, NJ 08019-2220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                     Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
          Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,   NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org
          Bunce  Atkinson    bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Bunce  Atkinson    on behalf of Attorney    Atkinson & DeBartolo, PC bunceatkinson@aol.com,
           NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Daniel E Straffi    on behalf of Defendant Josh  Ferrell bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Daniel E. Straffi    on behalf of Defendant Josh  Ferrell bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Daniel E. Straffi    on behalf of Defendant Joshua W Ferrell bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Daniel E. Straffi    on behalf of Joint Debtor Candice M Ferrell bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Daniel E. Straffi    on behalf of Debtor Joshua W Ferrell bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Janet  Gold    on behalf of Creditor    Professional Services Funding Group, Inc.
           jgold@egclawfirm.com,   ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
          Jenna Z. Gabay    on behalf of Plaintiff    Kapitus Servicing, Inc. f/k/a Colonial Funding Network,
           Inc., as servicing provider for Life Capital Partners, Inc. jenna.gabay@rivkin.com,
           stuart.gordon@rivkin.com;matthew.spero@rivkin.com;farrah.choudry@rivkin.com;jeannine.farino@rivki
           n.com;gene.kang@rivkin.com
          Jenna Z. Gabay    on behalf of Creditor    Colonial Funding Network, Inc. as servicing provider for
           Life Capital jenna.gabay@rivkin.com,
           stuart.gordon@rivkin.com;matthew.spero@rivkin.com;farrah.choudry@rivkin.com;jeannine.farino@rivki
           n.com;gene.kang@rivkin.com
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Margaret  Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
          Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          R. A. Lebron    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson rsolarz@kmllawgroup.com
          Robert J. Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com
          Sherri Jennifer Smith    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Sindi  Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
          Thomas A. Hagner    on behalf of Creditor Cody  Barry tahagner@hzlawpartners.com
          Travis L. Kreiser    on behalf of Creditor    Norris Sales Co., Inc. travis.kreiser@verizon.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 08, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              William M.E. Powers, III   on behalf of Creditor   Caliber Home Loans, Inc. ecf@powerskirn.com
              William M.E. Powers, III   on behalf of Creditor   PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                          TOTAL: 26