UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Harley-Davidson

In Re:
         Candice M. Ferrell,
         Joshua W. Ferrell

**Order Filed on October 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:     17-26345 KCF

Chapter: 7

Hearing Date: October 22, 2019  at 10:00 A.M.

Judge:  Kathryn C. Ferguson

| Recommended Local Form | ☐ | Followed | ☐ | Modified |
|---|---|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 23, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

[Type text]

Upon the motion of Harley-Davidson, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

☐      Real Property More Fully Described as:

■      Personal Property More Fully Describes as: **2008 Harley-Davidson FLHRC
Road King Classic, VIN: 1HD1FR4198Y626314,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:
Joshua W Ferrell
Candice M Ferrell
        Debtors

Case No. 17-26345-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Oct 23, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2019.
db/jdb        +Joshua W Ferrell,    Candice M Ferrell,    105 Savoy Blvd.,    Chatsworth, NJ 08019-2220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                          Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2019 at the address(es) listed below:
              Bunce  Atkinson   on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
              maraujo@atkinsondebartolo.org
              Bunce  Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Bunce  Atkinson   on behalf of Attorney  Atkinson & DeBartolo, PC bunceatkinson@aol.com,
              NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Daniel E Straffi   on behalf of Defendant Josh  Ferrell bktrustee@straffilaw.com,
              G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
              osfs.com
              Daniel E. Straffi   on behalf of Defendant Josh  Ferrell bkclient@straffilaw.com,
              G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi   on behalf of Defendant Joshua W Ferrell bkclient@straffilaw.com,
              G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi   on behalf of Joint Debtor Candice M Ferrell bktrustee@straffilaw.com,
              G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi   on behalf of Debtor Joshua W Ferrell bktrustee@straffilaw.com,
              G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon   on behalf of Creditor  Harley-Davidson dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Janet  Gold   on behalf of Creditor   Professional Services Funding Group, Inc.
              jgold@egclawfirm.com,  ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
              Jenna Z. Gabay   on behalf of Plaintiff   Kapitus Servicing, Inc. f/k/a Colonial Funding Network,
              Inc., as servicing provider for Life Capital Partners, Inc. jenna.gabay@rivkin.com,
              matthew.spero@rivkin.com;jeannine.farino@rivkin.com;atia.allen@rivkin.com;farrah.choudry@rivkin.c
              om
              Jenna Z. Gabay   on behalf of Creditor   Colonial Funding Network, Inc. as servicing provider for
              Life Capital jenna.gabay@rivkin.com,
              matthew.spero@rivkin.com;jeannine.farino@rivkin.com;atia.allen@rivkin.com;farrah.choudry@rivkin.c
              om
              John R. Morton, Jr.   on behalf of Creditor  CAB East LLC, serviced by Ford Motor Credit Company
              LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Margaret  Mcgee   on behalf of U.S. Trustee   U.S. Trustee maggie.mcgee@usdoj.gov
              Nicholas V. Rogers   on behalf of Creditor  CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              R. A. Lebron   on behalf of Creditor  PENNYMAC LOAN SERVICES, LLC bankruptcy@feinsuch.com
              Rebecca Ann Solarz   on behalf of Creditor  Harley-Davidson rsolarz@kmllawgroup.com
              Robert J. Malloy   on behalf of Creditor  SJFCU ecf.rjmalloylaw@gmail.com
              Sherri Jennifer Smith   on behalf of Creditor   CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
              nj.bkecf@fedphe.com
              Sindi  Mncina   on behalf of Creditor   CALIBER HOME LOANS, INC. smncina@rascrane.com
              Thomas A. Hagner   on behalf of Creditor Cody  Barry tahagner@hzlawpartners.com
              Travis L. Kreiser   on behalf of Creditor   Norris Sales Co., Inc. travis.kreiser@verizon.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Oct 23, 2019
                             Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III   on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Caliber Home Loans, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                    TOTAL: 27
```