| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Joshua W Ferrell<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1296<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Candice M Ferrell<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5604<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–26345–KCF | |

# Order of Discharge                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joshua W Ferrell                                           Candice M Ferrell

2/7/20                                                     **By the court:**  <u>Kathryn C. Ferguson</u>
                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-26345-KCF
Joshua W Ferrell                                                        Chapter 7
Candice M Ferrell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 6              Date Rcvd: Feb 07, 2020
                              Form ID: 318             Total Noticed: 234

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
```
db/jdb         +Joshua W Ferrell,    Candice M Ferrell,    105 Savoy Blvd.,    Chatsworth, NJ 08019-2220
aty            +Atkinson & DeBartolo, PC,    The Galleria,    2 Bridge Avenue,    PO Box 8415,
                 Red Bank, NJ 07701-8415
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
cr             +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Cody Barry,    Hagner & Zohlman LLC,    57 Kresson Road,    57 Kresson Road,
                 Cherry Hill, NJ  08234,    UNITED STATES 08034-3206
cr              Colonial Funding Network, Inc. as servicing provid,    c/o Rivkin Radler LLP,
                 21 Main Street, Court Plaza South,    West Wing, Suite 158,    Hackensack, NJ  07601-7021
cr             +Norris Sales Co., Inc.,    Kreiser & Associates PC,    1300 Lawrence Road, PA  19083
cr             +SJFCU,   1615 Huffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
cr             +US Dept. of Labor, Employee Benefits,    The Curtis Centerm Ste.870 West,
                 170 S. Independence Mall West,    Philadelphia, PA 19106-3323
516998106     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:    Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE  19808-1674)
516998114      +APS,   711 Cooper St,   Beverly, NJ 08010-1796
516998099       Acs-bkameric,    ACS/Education Services,    PO Box 7051,   Utica, NY 13504-7051
516998100       Acs/Clc College Loan C,    501 Bleecker St,    Utica, NY 13501-2401
516998101       Acs/Dept of Ed,    501 Bleecker St,    Utica, NY 13501-2401
516998102       Aes/Pnc Bank,    Attn: Bankrupcy,    PO Box 2461,    Harrisburg, PA 17105-2461
516998103       Aes/Pnc Natl City,    PO Box 61047,    Harrisburg, PA 17106-1047
516998104       Ahearn Rentals,    2015 US Highway 206,    Bordentown, NJ 08505-2120
516998105       Al Anderson,    4161 Route 563,    Chatsworth, NJ 08019-2213
517035942      +Amber Walker,    1830 Craig Park Ct.,    St. Louis, MO 63146-4122
516998111       AmeriHealth HMO,    c/o GB Collects, LLC,    1253 Haddonfield Berlin Rd,
                 Voorhees, NJ  08043-4847
516998109       American Express,    PO Box 10347,    Des Moines, IA 50306-0347
516998107       American Express,    PO Box 12354,    Atlanta, GA 30355-2354
516998116       Atlantic Seamless,    1115 Beaver Dam Rd,    Point Pleasant Beach, NJ 08742-4403
516998117       B & C Fabrication & Truck Repair,    1429 Route 206,    Tabernacle, NJ 08088-9448
517143021      +B&C Fabrication & Truck Repair,    61 Union St.,    Medford, NJ 08055-2432
516998119       BB&T,   Attn: Bankruptcy Department,    6010 Golding Center Dr,    Winston Salem, NC 27103-9815
516998121       Bob Drayton, Inc.,    c/o GB Collects, LLC,    1253 Haddonfield Berlin Rd,
                 Voorhees, NJ  08043-4847
516998122       Brynell Electric, LLC,    PO Box 39,    Mullica Hill, NJ 08062-0039
517069813      +COLLEGE LOAN CORPORATION-GOLD WH on behalf of,    MHEAC d/b/a ASA,    Keith Coburn,
                 MHEAC d/b/a ASA,    100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
516998123       Caliber Home Loans, In,    PO Box 24610,    Oklahoma City, OK 73124-0610
516998124       Campbell Supply,    1015 Cranbury South River Rd,    Monroe Township, NJ 08831-3408
516998125       Canon Financial,    158 Gaither Dr,    Mount Laurel, NJ 08054-1716
516998127       Cap1/bstby,    PO Box 6497,    Sioux Falls, SD 57117-6497
516998126       Cap1/bstby,    Capital,    1 Retail Srvs Attn Bankrupcty,    Salt Lake City, UT 84130
516998130       Caterina Supply,    1271 Glassboro Rd,    Williamstown, NJ 08094-3507
516998134       Christopher & Jennfer Ferrell,    107 Savoy Blvd,    Chatsworth, NJ 08019-2220
516998135       Chrysler Capital,    1010 W Mockingbird Ln,    Dallas, TX 75247-5128
516998138      +Citizens Bank,    Attn: Bankruptcy,    443 Jefferson Blvd MSC RJW-135,    Warwick, RI 02886-1321
516998139       Citizens One,    PO Box 42113,    Providence, RI 02940-2113
516998140       Citizens One Auto Fin,    480 Jefferson Blvd,    Warwick, RI 02886-1359
517116531      +Cody Barry,    c/o Thomas A. Hagner, Esq.,    57 Kresson Road,
                 Cherry Hill, New Jersey 08034-3206
516998141       Cody P. Barry,    2 Bridlewood Ct,    Tabernacle, NJ 08088-9600
516998142       Colonial Funding Network, Inc.,    120 W 45th St Fl 2,    New York, NY 10036-4041
517213248      +Colonial Funding Network, Inc.,    2500 Discovery Ln.,    Rockwall, TX 75032-6335
516998144      +Consulting Engineer Services,    645 Cross Keys Rd,    Sicklerville, NJ 08081-9583
518028956       Deere Credit, Inc.,    6400 NW 86th Street,    PO BOX 6600,    Johnston, Iowa  50131-6600
516998147       Dennis LaSassa, Jr. Plumbing & Heating,    895 12th St,    Hammonton, NJ 08037-1363
516998148       Diana LiwinKilkenny,    1111 Hollywood Blvd,    Point Pleasant Beach, NJ 08742-4428
516998149      +Dilworth Paxson, LLP,    457 Haddonfield Rd Ste 70,    Cherry Hill, NJ 08002-2221
516998150       Donald V. Feely, Esq.,    39 Hilliards Bridge Rd,    Southampton, NJ 08088-8803
516998153       Eastern Contractor Services,    260 E Main St,    Tuckerton, NJ 08087-2600
516998155       Emergency Physician Associate Of South Je,    1 Hamilton Health Pl,    Hamilton, NJ 08690-3542
517199528       Emergency Physician Associate of South Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
516998156       Emergency Physician Associates,    PO Box 740021,    Cincinnati, OH 45274-0021
516998164      +FInancial Resources FCU,    520 US Highway 22,    Bridgewater, NJ 08807-2489
516998159       Farm Family Business Auto,    PO Box 656,    Albany, NY 12201-0656
516998160       Farm Family Work Comp,    PO Box 656,    Albany, NY 12201-0656
516998162       Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
516998165       Flr Solution,    PO Box 94498,    Las Vegas, NV 89193-4498
516998171       GB Collects, LLC,    1253 Haddonfield Berlin Rd,    Voorhees, NJ 08043-4847
516998174       HCFS Healthcare Financial, LLC,    AKron Billing Center,    3585 Ridge Park Dr,
                 Akron, OH 44333-8203
```

```
District/off: 0312-3           User: admin              Page 2 of 6            Date Rcvd: Feb 07, 2020
                               Form ID: 318             Total Noticed: 234


516998175      HD Water Supply Works,    228 Williamstown Rd,    Berlin, NJ 08009-9730
516998172      Hagner & Zohlman, LLC,    57 Kresson Rd,    Cherry Hill, NJ 08034-3206
517032031     +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516998176     #Heritage Business Systems,    1263 Glen Ave # 290,    Moorestown, NJ 08057-1157
517056857     +Indian Mills Contracting, Inc. 401K Plan,    Efren Cazales,
                170 S. Independence Mall W., Ste. 870 W.,    Philadelphia, PA 19106-3381
516998184      JM Pereira & Sons,    23330 Big Oak Rd,    Langhorne, PA 19047
518364086     +JPMorgan Chase Bank N.A.,,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
516998181      Jack Robinson Waste Disposal,    310 American Way,    Voorhees, NJ 08043-1117
516998182      James P. Kilkenny,    1111 Hollywood Blvd,    Point Pleasant Beach, NJ 08742-4428
517035679     +Jesco, Inc.,    c/o NCS,    729 Miner Road,    Highland Heights, OH 44143-2117
516998183      Jesco, Inc.,    1790 Route 38,    Lumberton, NJ 08048-2257
518028953      John Deere Financial, f.s.b.,    6400 NW 86th Street,    PO BOX 6600,
                Johnston, Iowa 50131-6600
517168270     +Kinsley Construction, Inc.,    attn: Jerry Caslow,    POB 2886,    York, PA 17405-2886
516998186      Kinsley Rebar,    609 Loucks Mill Rd,    York, PA 17403-1010
516998190      Kreiser & Associates, PC,    1300 Lawrence Rd,    Havertown, PA 19083-1805
516998191     +L & L Redi Mix,    1939 Route 206,    Southampton, NJ 08088-9593
516998192      L l& L Masonry Supply,    630 S Evergreen Ave,    Woodbury, NJ 08097-1006
516998193      Law Offices Of Benjamin H. Mabie, III,    Glen Cove Professional Building,
                769 Atlantic City Blvd,    Bayville, NJ 08721-2540
516998194      Leo B. Dubler, III,    20000 Horizon Way Ste 300,    Mount Laurel, NJ 08054-4311
516998195     +Liberty Mutual Insurance,    175 Berkeley St,    Boston, MA 02116-3350
516998197      M&T Credit Services,    1100 Worley Dr,    Williamsville, NY 14221
516998198      Marjam Supply,    6951 State Rd,    Philadelphia, PA 19135-1536
517052747     +Mark Schneider, Esq.,    581 Main Street,    P.O. Box 5042,    Woodbridge, NJ 07095-5042
516998199      Michael Ready,    c/o Leo B. Dubler, III,    20000 Horizon Way Ste 300,
                Mount Laurel, NJ 08054-4311
516998200      Mr. Bob's Portable Toilets,    2293 N Firelane Rd,    Southampton, NJ 08088-3536
516998203      NCS,    PO Box 24101,    Cleveland, OH 44124-0101
516998204      New Jersey Commercial Collections, Inc.,    PO Box 2212,    Cherry Hill, NJ 08034-0165
516998205      Norris Sales,    1010 Conshohocken Rd,    Conshohocken, PA 19428-1002
517857280     +Norris Sales Company, Inc.,    Travis Kreiser,    1300 Lawrence Rd.,    Haverton, PA 19083-1805
516998206      O'Brien & Sons,    63 Pemberton Mills Rd,    Brown Mills, NJ 08015
516998207      Oxford Plan BG01,    4 Research Dr,    Shelton, CT 06484-6280
516998208      Oxford Plan BG02,    4 Research Dr,    Shelton, CT 06484-6280
517216740     +PNC Bank, N.A.,    Boston Portfolio Advisors as Authorized,    Agent for PNC Bank, N.A.,
                600 Corporate Drive, Suite 502,    Fort Lauderdale, FL 33334-3662
516998209      Pagenkopf Land Development,    1 Church St,    Lumberton, NJ 08048-1218
516998210      Parker McCay, PA,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ 08054-1539
516998211      Penn-Jersey Bldg Materials,    2817 Fire Rd,    Egg Harbor Township, NJ 08234-4071
516998212      Pennsylvania One Call System,    925 Irwin Run Rd,    West Mifflin, PA 15122-1078
517132353     +PennyMac Loan Services, LLC,    6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
518271214     +PennyMac Loan Services, LLC.,    P.O. Box 2410,    Moorpark, CA 93020-2410
518271215     +PennyMac Loan Services, LLC.,    P.O. Box 2410,    Moorpark, CA 93020,
                PennyMac Loan Services, LLC.,    P.O. Box 2410,    Moorpark, CA 93020-2410
516998213      Pennymac Loan Services,    Attn: Bankruptcy,    PO Box 514357,    Los Angeles, CA 90051
516998214      Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
516998215      Pensylvania Turnpike,    251 Flint Hill Rd,    King of Prussia, PA 19406-2686
516998216      Professional Account Management, LLC,    PO Box 1153,    Milwaukee, WI 53201-1153
516998217      Professional Services Funding Group, Inc,    121 Old Marlton Pike,    Medford, NJ 08055-8750
517110153     +Professional Svcs. Funding Group, Inc.,    1040 N. Kingd Hwy., Ste. 200,
                Cherry Hill, NJ 08034-1925
516998219      R.E. Pierson Concrete,    426 Swedesboro Rd,    Pilesgrove, NJ 08098-2534
516998221      RMC,    400 W Cummings Park Ste 4450,    Woburn, MA 01801-6594
516998224     #RMS,    PO Box 361598,    Columbus, OH 43236-1598
516998223      RMS,    PO Box 361446,    Columbus, OH 43236-1446
516998220      Riverfront Recycling,    20 Maple Ave,    Lumberton, NJ 08048-2918
517133982    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO BOX 245,    Trenton NJ 08646-0245)
516998225     #Safeguard Business Systems,    50 Hanover Ct,    Langhorne, PA 19047-1135
516998227      Silvi Concrete,    355 Newbold Rd,    Fairless Hills, PA 19030-4313
516998228     +South Jersey Federal C,    1615 Hurffville Rd,    Deptford, NJ 08096-6406
517214415     +South Jersey Federal CU,    POB 5539,    Deptford, NJ 08096-0539
516998230     +State Of NJ Department Of Labor,    Division of Employer Account,    PO Box 059,
                Trenton, NJ 08646-0001
516998229      State Of New Jersey,    Judgment Section, PO Box 245,    Department Of Treasury, Div. Of Taxation,
                Trenton, NJ 08695-0445
516998231     +State of NJ EZ Pass,    PO Box 52002,    Newark, NJ 07101-8202
516998233      Sterling National Bank,    179 S Main St,    New City, NY 10956-3315
516998234     +Strategic Funding Source, Inc.,    120 W 45th St,    New York, NY 10036-4062
516998235      Suffolk Redmix,    242 Dover Rd,    Toms River, NJ 08757-5157
516998236     +Sun National Bank,    226 W Landis Ave,    Vineland, NJ 08360-8142
516998237      Sunrun, Inc.,    PO Box 4387,    Portland, OR 97208-4387
516998238     +Superior Vision,    939 Eldrige Landing Rd Ste 200,    Linthicum, MD 21090-2953
516998246      Syncb/Mattress Giant,    950 Forrer Blvd,    Kettering, OH 45420-1469
```

```
District/off: 0312-3           User: admin             Page 3 of 6             Date Rcvd: Feb 07, 2020
                               Form ID: 318            Total Noticed: 234


517099451         +TD BANK, N.A.,    Payment Processing,    PO BOX 16029,    Lewiston, ME 04243-9507
517102515         +TD Bank, N.A.,    c/o Richard J. Tracy, III, Esq.,    30 Montgomery Street, Suite 1205,
                   Jersey City, NJ 07302-3835
516998260         +Tesser & Cohen,    946 Main St,    Hackensack, NJ 07601-5100
516998261          Township of Glouester,    1261 Chews Landing Clementon Rd,    Blackwood, NJ 08012
516998262          Tri State Tire Services, Inc.,    399 Lakehurst Rd,    Browns Mills, NJ 08015-6827
517099483         +TriState Tire Service,    Grant Wood,    399 Lakehurst Road,    Browns Mills, NJ 08015-6827
517191570          U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                   St. Louis MO 63166-0108
517142908          U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                   Harrisburg, PA 17106-9184
516998264          US Dep Ed,    PO Box 5609,    Greenville, TX 75403-5609
516998265          US Department of Labor,    Employee Benefits Security Admin Philade,
                   170 W S Independence Mall W The Curtis C,    Philadelphia, PA 19106-5347
516998263         +United Concordia,    4401 Deer Path Rd,    Harrisburg, PA 17110-3983
516998267         +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494
516998268         +Vengroff Williams, Inc.,    PO Box 4155,    Sarasota, FL 34230-4155
516998272         +Vimco,    300 Hansen Access Rd Ste A,    King of Prussia, PA 19406-2440
516998274          Weldon Materials, Inc.,    c/o EnCircle Collections, Inc.,    7712 NW 46th St,
                   Doral, FL 33166-5460
516998275          Wells Fargo,    Credit,    Bureau DISPUTE,    Des Moines, IA 50306
516998277          Wells Fargo Banl/Flr Slotions,    PO Box 10438,    Des Moines, IA 50306-0438
516998282          Wharton,    1533 Union Ave,    Pennsauken, NJ 08110-2489
516998283          William J. Flaherty, Esq.,    Monmouth Shores Corporate Park,    1340 Campus Pkwy Apt A,
                   Neptune, NJ 07753-6829
516998284          Yellow Pages United,    PO Box 50038,    Jacksonville, FL 32240-0038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg                E-mail/Text: usanj.njbankr@usdoj.gov Feb 08 2020 00:51:04      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg               +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 08 2020 00:51:01      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
516998110          EDI: HNDA.COM Feb 08 2020 05:18:00      American Honda Finance,    PO Box 168088,
                   Irving, TX 75016-8088
516998108          EDI: AMEREXPR.COM Feb 08 2020 05:18:00      American Express,    PO Box 1270,
                   Newark, NJ 07101-1270
517103060          EDI: BECKLEE.COM Feb 08 2020 05:18:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                   PO Box 3001,    Malvern PA 19355-0701
517103076          EDI: BECKLEE.COM Feb 08 2020 05:18:00      American Express Centurion Bank,
                   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516998112          EDI: AMEREXPR.COM Feb 08 2020 05:18:00      Amex,    Correspondence,    PO Box 981540,
                   El Paso, TX 79998-1540
516998113          EDI: AMEREXPR.COM Feb 08 2020 05:18:00      Amex,    PO Box 297871,
                   Fort Lauderdale, FL 33329-7871
516998115          E-mail/Text: bankruptcy@pepcoholdings.com Feb 08 2020 00:50:32      Atlantic City Electric,
                   PO Box 13610,    Philadelphia, PA 19101-3610
517022676          E-mail/Text: bankruptcy@pepcoholdings.com Feb 08 2020 00:50:32
                   Atlantic City Electric Company,    Pepco Holdings, Inc.,
                   Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                   Carneys Point, NJ 08069-3600
516998118          EDI: BANKAMER.COM Feb 08 2020 05:19:00      Bank of America,    NC4-105-03-14,    PO Box 26012,
                   Greensboro, NC 27420-6012
516998120          EDI: BANKAMER.COM Feb 08 2020 05:19:00      Bk of Amer,    4909 Savarese Cir,
                   Tampa, FL 33634-2413
516998128          EDI: CAPITALONE.COM Feb 08 2020 05:18:00      Capital One,    15000 Capital One Dr,
                   Richmond, VA 23238-1119
516998143          E-mail/Text: laldorasi@commercialcreditgroup.com Feb 08 2020 00:48:00
                   Commercial Credit Group,    400 Essjay Rd Ste 340,    Williamsville, NY 14221-8249
517178933         +E-mail/Text: ECMBKMail@Caliberhomeloans.com Feb 08 2020 00:52:00      Caliber Home Loans, Inc.,
                   CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY OK 73134-2500
516998129          EDI: CAPITALONE.COM Feb 08 2020 05:18:00      Capital One,    Attn: Bankruptcy,    PO Box 30253,
                   Salt Lake City, UT 84130-0253
516998132          EDI: CHASE.COM Feb 08 2020 05:18:00      Chase Card,    Attn: Correspondence Dept,    PO Box 15298,
                   Wilmington, DE 19850-5298
516998133          EDI: CHASE.COM Feb 08 2020 05:18:00      Chase Card,    PO Box 15298,
                   Wilmington, DE 19850-5298
516998136          EDI: CITICORP.COM Feb 08 2020 05:18:00      Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
516998137          EDI: CITICORP.COM Feb 08 2020 05:18:00      Citicards Cbna,
                   Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,    Saint Louis, MO 63179-0040
516998273          E-mail/PDF: DellBKNotifications@resurgent.com Feb 08 2020 00:53:52      Webbank/dfs,
                   1 Dell Way,    Round Rock, TX 78682-7000
516998146          E-mail/PDF: DellBKNotifications@resurgent.com Feb 08 2020 00:54:25      Dell Financial Services,
                   Attn: Bankruptcy,    PO Box 81577,    Austin, TX 78708-1577
516998151          EDI: NAVIENTFKASMDOE.COM Feb 08 2020 05:18:00      Dpt Ed/Slm,    PO Box 9635,
                   Wilkes Barre, PA 18773-9635
516998157          E-mail/Text: collections@encirclepayments.com Feb 08 2020 00:48:00
                   EnCircle Collections, Inc.,    7713 NW 46th St,    Doral, FL 33166-5460
517588354          EDI: ECMC.COM Feb 08 2020 05:18:00      Educational Credit Management Corporation,
                   P.O. Box 16408,    St. Paul, MN 55116-0408
```

```
District/off: 0312-3          User: admin              Page 4 of 6            Date Rcvd: Feb 07, 2020
                              Form ID: 318             Total Noticed: 234


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517588355      EDI: ECMC.COM Feb 08 2020 05:18:00      Educational Credit Management Corporation,
                 P.O. Box 16408,    St. Paul, MN 55116-0408,    Educational Credit Management Corporatio,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
516998158      E-mail/Text: bankruptcy.notices@hdfsi.com Feb 08 2020 00:51:44      Esb/Harley Davidson Cr,
                 PO Box 21829,    Carson City, NV  89721-1829
516998161      E-mail/Text: HWIBankruptcy@hunterwarfield.com Feb 08 2020 00:51:07       FDR Universal Fleet,
                 c/o Hunter Warfield,    4620 Woodland Corporate Blvd,    Tampa, FL  33614-2415
517014589      EDI: FORD.COM Feb 08 2020 05:18:00      Ford Motor Credit Company LLC,    Dept. 55953,
                 P O Box 55000,    Detroit, MI. 48255-0953
517015872      EDI: FORD.COM Feb 08 2020 05:18:00      Ford Motor Credit Company, LLC,    PO BOX 62180,
                 Colorado Springs, CO  80962-4400
516998168      EDI: FORD.COM Feb 08 2020 05:18:00      Ford Motor Credit,    National Bankruptcy Service Center,
                 PO Box 62180,    Colorado Springs, CO  80962-2180
516998166     +EDI: FORD.COM Feb 08 2020 05:18:00      Ford Motor Credit,    PO Box BOX542000,
                 Omaha, NE 68154-8000
516998167      EDI: FORD.COM Feb 08 2020 05:18:00      Ford Motor Credit,    PO Box 220564,
                 Pittsburgh, PA  15257-2564
516998169     +EDI: FORD.COM Feb 08 2020 05:18:00      Frd Motor Cr,    PO Box BOX542000,    Omaha, NE 68154-8000
516998170      EDI: WFFC.COM Feb 08 2020 05:18:00      Furniturebar,    PO Box 94498,
                 Las Vegas, NV  89193-4498
516998173      E-mail/Text: bankruptcy.notices@hdfsi.com Feb 08 2020 00:51:44       Harley Davidson Financial,
                 Attention: Bankruptcy,    PO Box 22048,    Carson City, NV  89721-2048
516998177      E-mail/Text: HWIBankruptcy@hunterwarfield.com Feb 08 2020 00:51:07       Hunter Warfield,
                 4620 Woodland Corporate Blvd,    Tampa, FL  33614-2415
517284246      EDI: IRS.COM Feb 08 2020 05:19:00      IRS,    POB 7346,    Philadelphia, PA  19101-7346
516998185      E-mail/Text: gmiller@johnnyonthespot.com Feb 08 2020 00:50:35       Johnny On The Spot, LLC,
                 3168 Bordentown Ave,    Old Bridge, NJ  08857-9703
516998188      E-mail/Text: bncnotices@becket-lee.com Feb 08 2020 00:50:02       Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI  53201-3043
516998189     +E-mail/Text: bncnotices@becket-lee.com Feb 08 2020 00:50:03       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516998196      E-mail/Text: camanagement@mtb.com Feb 08 2020 00:50:38      M&T Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY  14203-1420
516998201     +EDI: NAVIENTFKASMSERV.COM Feb 08 2020 05:18:00      Navient,    Attn: Bankruptcy,    PO Box 9500,
                 Wilkes-Barr, PA 18773-9500
516998202      EDI: NAVIENTFKASMSERV.COM Feb 08 2020 05:18:00      Navient Solutions Inc,    11100 USA Pkwy,
                 Fishers, IN  46037-9203
517127455      EDI: PRA.COM Feb 08 2020 05:18:00      Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
517158078      EDI: PRA.COM Feb 08 2020 05:18:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517174932      EDI: Q3G.COM Feb 08 2020 05:18:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
516998222      EDI: RMCB.COM Feb 08 2020 05:18:00      RMCB Collection Agency,    PO Box 1235,
                 Elmsford, NY  10523-0935
516998226      E-mail/Text: bankruptcy@bbandt.com Feb 08 2020 00:50:56       Sheffield Financial Co,
                 2554 Lewisville Clemmons Rd,    Clemmons, NC  27012-8110
516998232      E-mail/Text: david.johnson@sterlingnationalbank.com Feb 08 2020 00:50:36
                 Sterling National Bank,    500 Fashion Ave,    New York, NY  10018-4502
516998239      EDI: RMSC.COM Feb 08 2020 05:19:00      Syncb Bank/American Eagle,    Attn: Bankruptcy,
                 PO Box 965064,    Orlando, FL  32896-5064
516998241      EDI: RMSC.COM Feb 08 2020 05:19:00      Syncb/Amer Eagle,    PO Box 965005,
                 Orlando, FL  32896-5005
516998242      EDI: RMSC.COM Feb 08 2020 05:19:00      Syncb/Carcare One,    C/o,    PO Box 965036,
                 Orlando, FL  32896-5036
516998243      EDI: RMSC.COM Feb 08 2020 05:19:00      Syncb/Improvement Solu,    950 Forrer Blvd,
                 Kettering, OH  45420-1469
516998244      EDI: RMSC.COM Feb 08 2020 05:19:00      Syncb/Improvement Solu,    Synchrony Bank,
                 PO Box 965064,    Orlando, FL  32896-5064
516998247      EDI: RMSC.COM Feb 08 2020 05:19:00      Syncb/Old Navy,    PO Box 965005,
                 Orlando, FL  32896-5005
516998249      EDI: RMSC.COM Feb 08 2020 05:19:00      Syncb/Pc Richard,    C/o,    PO Box 965036,
                 Orlando, FL  32896-5036
516998240      EDI: RMSC.COM Feb 08 2020 05:19:00      Syncb/amazon,    PO Box 965015,    Orlando, FL  32896-5015
516998245     +EDI: RMSC.COM Feb 08 2020 05:19:00      Syncb/lowes,    PO Box 956005,    Orlando, FL 32896-0001
516998248      EDI: RMSC.COM Feb 08 2020 05:19:00      Syncb/paypal Smart Con,    PO Box 965005,
                 Orlando, FL  32896-5005
516999939     +EDI: RMSC.COM Feb 08 2020 05:19:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516998250      EDI: RMSC.COM Feb 08 2020 05:19:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 PO Box 956060,    Orlando, FL  32896-5060
516998251      EDI: RMSC.COM Feb 08 2020 05:19:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 PO Box 956060,    Orlando, FL  32896-5060
516998252      EDI: RMSC.COM Feb 08 2020 05:19:00      Synchrony Bank/Car Care One,    Attn: Bankruptcy,
                 PO Box 956060,    Orlando, FL  32896-5060
516998253      EDI: RMSC.COM Feb 08 2020 05:19:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL  32896-5060
```

```
District/off: 0312-3          User: admin                   Page 5 of 6                  Date Rcvd: Feb 07, 2020
                              Form ID: 318                  Total Noticed: 234


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516998254         EDI: RMSC.COM Feb 08 2020 05:19:00      Synchrony Bank/Paypal Cr,    Attn: Bankruptcy,
                 PO Box 956060,    Orlando, FL 32896-5060
516998255         EDI: RMSC.COM Feb 08 2020 05:19:00      Synchrony Bank/Pc Richard,    Attn: Bankruptcy,
                 PO Box 956060,    Orlando, FL 32896-5060
516998257         EDI: TDBANKNORTH.COM Feb 08 2020 05:19:00      Td Bank N.A.,    32 Chestnut St,
                 Lewiston, ME 04240-7744
516998256         EDI: TDBANKNORTH.COM Feb 08 2020 05:19:00      Td Bank N.A.,    70 Gray Rd,
                 Portland, ME 04105-2019
516998258         EDI: TDBANKNORTH.COM Feb 08 2020 05:19:00      Td Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04240-7744
516998259         EDI: TDBANKNORTH.COM Feb 08 2020 05:19:00      Td Banknorth,    Attn: Bankruptcy,    PO Box 1190,
                 Lewiston, ME 04243-1190
517085225        +E-mail/Text: MNARCISO@NEPTUNETOWNSHIP.ORG Feb 08 2020 00:51:52       Township of Neptune,
                 POB 1167,    Neptune, NJ 07754-1167
516998154         EDI: USBANKARS.COM Feb 08 2020 05:18:00      Elan Financial Service,    PO Box 108,
                 Saint Louis, MO 63166-0108
516998266         EDI: ECMC.COM Feb 08 2020 05:19:00      US Dept of Education,    Attn: Bankruptcy,    PO Box 16448,
                 Saint Paul, MN 55116-0448
518375964        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 08 2020 00:51:01       United States Trustee,
                 One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
517110585        +EDI: AIS.COM Feb 08 2020 05:18:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516998269         EDI: VERIZONCOMB.COM Feb 08 2020 05:18:00      Verizon,    140 W State St,    New York, NY 10007
516998270         EDI: VERIZONCOMB.COM Feb 08 2020 05:18:00      Verizon Wireless,    2 Verizon Pl,
                 Alpharetta, GA 30004-8510
516998271        +EDI: VERIZONCOMB.COM Feb 08 2020 05:18:00      Verizon Wirelss,    2000 Corporate Dr,
                 Orangeburg, NY 10962-2624
516998279         EDI: WFFC.COM Feb 08 2020 05:18:00      Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701-4747
516998276         EDI: WFFC.COM Feb 08 2020 05:18:00      Wells Fargo Bank,    PO Box 10438,
                 Des Moines, IA 50306-0438
517128610         EDI: WFFC.COM Feb 08 2020 05:18:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517028541         EDI: WFFC.COM Feb 08 2020 05:18:00      Wells Fargo Bank, N.A.,
                 Wells Fargo Education Financial Services,    PO Box 10438, Mac F8235-02F,
                 Des Moines, IA 50306-0438
517107021         EDI: WFFC.COM Feb 08 2020 05:18:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
516998278         EDI: WFFC.COM Feb 08 2020 05:18:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 PO Box 19657,    Irvine, CA 92623-9657
516998280         EDI: WFFC.COM Feb 08 2020 05:18:00      Wf Efs,    PO Box 5185,    Sioux Falls, SD 57117-5185
516998281         EDI: WFFC.COM Feb 08 2020 05:18:00      Wfds,    PO Box 1697,    Winterville, NC 28590-1697
                                                                                              TOTAL: 87

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517952525       Caliber Home Loans, Inc.,   13801 Wireless Way, Oklahoma City OK 731
cr*            +Professional Services Funding Group, Inc.,    121 Old Marlton Pike,    Medford, NJ 08055-8750
517261615*     +Caliber Home Loans, Inc.,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                 OKLAHOMA CITY OK 73134-2500
516998179*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Servic,     5218 Atlantic Ave,
                 Mays Landing, NJ 08330-2003)
518126997*      IRS,   POB 7346,    Philadelphia, PA 19101-7346
516998180*      Internal Revenue Service,    PO Box 7346,    Special Procedures Branch, Bky Sec.,
                 Philadelphia, PA 19101-7346
516998098      ##ACAD, US Com, LLC,    257 Ramblewood Pkwy,   Mount Laurel, NJ 08054-2431
516998131      ##Cement Masons' Union Local No. 592,    Welfare and Pension Funds,    2315 S 22nd St,
                 Philadelphia, PA 19145-3406
516998145      ##Dean Enterprises,    1535 Route 206,   Tabernacle, NJ 08088-8852
516998152      ##Dustin A. Cucinotta,    257 Ramblewood Pkwy,    Mount Laurel, NJ 08054-2431
516998163     ##+Finance of America Mor,   15325 Fairfield Ranch Rd,    Chino Hills, CA 91709-8842
516998178      ##Indian Mills Contracting, Inc.,    PO Box 2654,   Vincentown, NJ 08088-2654
516998187      ##Knauplaw, PC,    900 Haddon Ave # 206,   Collingswood, NJ 08108-2111
516998218      ##Professional Services of Marlton,    48 N Maple Ave,    Marlton, NJ 08053-3023
                                                                                 TOTALS: 1, * 5, ## 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 6 of 6              Date Rcvd: Feb 07, 2020
                              Form ID: 318             Total Noticed: 234
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:

```
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Bunce   Atkinson     on behalf of Attorney    Atkinson & DeBartolo, PC bunceatkinson@aol.com,
               NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
              Bunce   Atkinson     on behalf of Trustee Bunce   Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
              Bunce   Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
               atkinson@remote7solutions.com
              Daniel E Straffi     on behalf of Defendant Josh   Ferrell bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Defendant Josh   Ferrell bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi     on behalf of Defendant Joshua W Ferrell bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi     on behalf of Joint Debtor Candice M Ferrell bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi     on behalf of Debtor Joshua W Ferrell bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon     on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Janet   Gold     on behalf of Creditor    Professional Services Funding Group, Inc.
               jgold@egclawfirm.com,  ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
              Jenna Z. Gabay    on behalf of Creditor    Colonial Funding Network, Inc. as servicing provider for
                Life Capital jenna.gabay@rivkin.com,
               matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.
               com;farrah.choudry@rivkin.com
              Jenna Z. Gabay    on behalf of Plaintiff    Kapitus Servicing, Inc. f/k/a Colonial Funding Network,
                Inc., as servicing provider for Life Capital Partners, Inc. jenna.gabay@rivkin.com,
               matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.
               com;farrah.choudry@rivkin.com
              John F Newman    on behalf of Creditor    SJFCU courts@southjerseyfcu.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
                LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Margaret  Mcgee     on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
              R. A. Lebron    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Sindi   Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
              Thomas A. Hagner    on behalf of Creditor Cody   Barry tahagner@hzlawpartners.com
              Travis L. Kreiser    on behalf of Creditor    Norris Sales Co., Inc. travis.kreiser@verizon.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Caliber Home Loans, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                             TOTAL: 27
```