UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: Joshua Ferrell and Candice Ferrell, Debtor | Case No.: | 17-26345 |
| Michael Ready, Plaintiff | Chapter: | 7 |
| v. | Adv. Proceeding No.: | 17-01701 |
| Joshua Ferrell, Defendant | Judge: | Kathryn C. Ferguson |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Plaintiff Michael Ready _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:

United States Bankruptcy Court, District of New Jersey

402 East State Street, Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on June 16 2020 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 2, 402 East State Street, Trenton, NJ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Adversarial Complaint seeking a Determination of the Non-Dischargeability of Debt pursuant to 11 U.S.C. §523 (a) (4) and (6) and granting Michael Ready a non-dischargeable judgment.

Pertinent terms of settlement: Defendant/Debtor Joshua Ferrell shall pay $20,000.00 to resolve all claims. The settlement payment must be paid within sixty (60) days of the U.S. Bankruptcy's approval of the settlement to avoid the entry of a Judgment by Agreement for $80,000.00 plus interest, costs and attorney's fees.

Objections must be served on, and requests for additional information directed to:

Name: Clerk of the Court

Address: United States Bankruptcy Court, District of New Jersey, 402 East State Street, Trenton, NJ 08608

Telephone No.: (609) 858-9333

**FILED**
JEANNE A. NAUGHTON, CLERK
MAY 13 2020
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

United States Bankruptcy Court
District of New Jersey

In re:  
Joshua W Ferrell  
Candice M Ferrell  
    Debtors

Case No. 17-26345-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 6     Date Rcvd: May 14, 2020  
                        Form ID: pdf905     Total Noticed: 231

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2020.

```
db/jdb        +Joshua W Ferrell,    Candice M Ferrell,    105 Savoy Blvd.,    Chatsworth, NJ 08019-2220
aty           +Atkinson & DeBartolo, PC,    The Galleria,    2 Bridge Avenue,    PO Box 8415,
                Red Bank, NJ 07701-8415
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                Colorado Springs, CO 80962-2180
cr            +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
cr            +Cody Barry,    Hagner & Zohlman LLC,    57 Kresson Road,    57 Kresson Road,
                Cherry Hill, NJ  08234,    UNITED STATES 08034-3206
cr             Colonial Funding Network, Inc. as servicing provid,    c/o Rivkin Radler LLP,
                21 Main Street, Court Plaza South,    West Wing, Suite 158,    Hackensack, NJ  07601-7021
cr             Norris Sales Co., Inc.,    Kreiser & Associates PC,    1300 Lawrence Road, PA  19083
cr            +SJFCU,    1615 Huffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
cr            +US Dept. of Labor, Employee Benefits,    The Curtis Centerm Ste.870 West,
                170 S. Independence Mall West,    Philadelphia, PA 19106-3323
516998106    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court: Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE  19808-1674)
516998114    +APS,    711 Cooper St,    Beverly, NJ 08010-1796
516998099     Acs-bkameric,    ACS/Education Services,    PO Box 7051,    Utica, NY  13504-7051
516998100     Acs/Clc College Loan C,    501 Bleecker St,    Utica, NY  13501-2401
516998101     Acs/Dept of Ed,    501 Bleecker St,    Utica, NY  13501-2401
516998102     Aes/Pnc Bank,    Attn: Bankrupcy,    PO Box 2461,    Harrisburg, PA  17105-2461
516998103     Aes/Pnc Natl City,    PO Box 61047,    Harrisburg, PA  17106-1047
516998104     Ahearn Rentals,    2015 US Highway 206,    Bordentown, NJ 08505-2120
516998105     Al Anderson,    4161 Route 563,    Chatsworth, NJ  08019-2213
517035942    +Amber Walker,    1830 Craig Park Ct.,    St. Louis, MO  63146-4122
516998111     AmeriHealth HMO,    c/o GB Collects, LLC,    1253 Haddonfield Berlin Rd,
                Voorhees, NJ  08043-4847
516998108     American Express,    PO Box 1270,    Newark, NJ  07101-1270
516998109     American Express,    PO Box 10347,    Des Moines, IA  50306-0347
516998107     American Express,    PO Box 12354,    Atlanta, GA  30355-2354
517103060     American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517103076     American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
516998113     Amex,    PO Box 297871,    Fort Lauderdale, FL  33329-7871
516998112     Amex,    Correspondence,    PO Box 981540,    El Paso, TX  79998-1540
516998116     Atlantic Seamless,    1115 Beaver Dam Rd,    Point Pleasant Beach, NJ  08742-4403
516998117     B & C Fabrication & Truck Repair,    1429 Route 206,    Tabernacle, NJ  08088-9448
517143021    +B&C Fabrication & Truck Repair,    61 Union St.,    Medford, NJ 08055-2432
516998119     BB&T,    Attn: Bankruptcy Department,    6010 Golding Center Dr,    Winston Salem, NC  27103-9815
516998120     Bk of Amer,    4909 Savarese Cir,    Tampa, FL  33634-2413
516998121     Bob Drayton, Inc.,    c/o GB Collects, LLC,    1253 Haddonfield Berlin Rd,
                Voorhees, NJ  08043-4847
516998122     Brynell Electric, LLC,    PO Box 39,    Mullica Hill, NJ  08062-0039
517069813    +COLLEGE LOAN CORPORATION-GOLD WH on behalf of,    MHEAC d/b/a ASA,    Keith Coburn,
                MHEAC d/b/a ASA,    100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
516998123     Caliber Home Loans, In,    PO Box 24610,    Oklahoma City, OK  73124-0610
516998124     Campbell Supply,    1015 Cranbury South River Rd,    Monroe Township, NJ  08831-3408
516998125     Canon Financial,    158 Gaither Dr,    Mount Laurel, NJ  08054-1716
516998127     Cap1/bstby,    PO Box 6497,    Sioux Falls, SD  57117-6497
516998126     Cap1/bstby,    Capital,    1 Retail Srvs Attn Bankruptcy,    Salt Lake City, UT  84130
516998130     Caterina Supply,    1271 Glassboro Rd,    Williamstown, NJ  08094-3507
516998134     Christopher & Jennfer Ferrell,    107 Savoy Blvd,    Chatsworth, NJ  08019-2220
516998135     Chrysler Capital,    1010 W Mockingbird Ln,    Dallas, TX  75247-5128
516998136     Citi,    PO Box 6241,    Sioux Falls, SD  57117-6241
516998137     Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,
                Saint Louis, MO  63179-0040
517116531    +Cody Barry,    c/o Thomas A. Hagner, Esq.,    57 Kresson Road,
                Cherry Hill, New Jersey 08034-3206
516998141     Cody P. Barry,    2 Bridlewood Ct,    Tabernacle, NJ  08088-9600
516998142     Colonial Funding Network, Inc.,    120 W 45th St Fl 2,    New York, NY  10036-4041
517213248    +Colonial Funding Network, Inc.,    2500 Discovery Ln.,    Rockwall, TX 75032-6335
516998144    +Consulting Engineer Services,    645 Cross Keys Rd,    Sicklerville, NJ 08081-9583
518028956     Deere Credit, Inc.,    6400 NW 86th Street,    PO BOX 6600,    Johnston, Iowa  50131-6600
516998147     Dennis LaSassa, Jr. Plumbing & Heating,    895 12th St,    Hammonton, NJ  08037-1363
516998148     Diana LiwinKilkenny,    1111 Hollywood Blvd,    Point Pleasant Beach, NJ  08742-4428
516998149    +Dilworth Paxson, LLP,    457 Haddonfield Rd Ste 70,    Cherry Hill, NJ 08002-2221
516998150     Donald V. Feely, Esq.,    39 Hilliards Bridge Rd,    Southampton, NJ  08088-8803
516998153     Eastern Contractor Services,    260 E Main St,    Tuckerton, NJ  08087-2600
517588354     Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
517588355     Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408,
                Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 55116-0408
516998155     Emergency Physican Associate Of South Je,    1 Hamilton Health Pl,    Hamilton, NJ  08690-3542
517199528     Emergency Physician Associate of South Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
```

```
District/off: 0312-3               User: admin                 Page 2 of 6               Date Rcvd: May 14, 2020
                                   Form ID: pdf905             Total Noticed: 231


516998156      Emergency Physician Associates,   PO Box 740021,   Cincinnati, OH  45274-0021
516998164     +FInancial Resources FCU,   520 US Highway 22,   Bridgewater, NJ 08807-2489
516998168    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,   National Bankruptcy Service Center,
               PO Box 62180,   Colorado Springs, CO  80962-2180)
516998159      Farm Family Business Auto,   PO Box 656,   Albany, NY 12201-0656
516998160      Farm Family Work Comp,   PO Box 656,   Albany, NY 12201-0656
516998162      Fed Loan Serv,   PO Box 60610,   Harrisburg, PA  17106-0610
516998165      Flr Solution,   PO Box 94498,   Las Vegas, NV 89193-4498
516998167      Ford Motor Credit,   PO Box 220564,   Pittsburgh, PA  15257-2564
516998166     +Ford Motor Credit,   PO Box BOX542000,   Omaha, NE 68154-8000
516998169     +Frd Motor Cr,   PO Box BOX542000,   Omaha, NE 68154-8000
516998170      Furniturebar,   PO Box 94498,   Las Vegas, NV 89193-4498
516998171      GB Collects, LLC,   1253 Haddonfield Berlin Rd,   Voorhees, NJ  08043-4847
516998174      HCFS Healthcare Financial, LLC,   AKron Billing Center,   3585 Ridge Park Dr,
               Akron, OH  44333-8203
516998175      HD Water Supply Works,   228 Williamstown Rd,   Berlin, NJ  08009-9730
516998172      Hagner & Zohlman, LLC,   57 Kresson Rd,   Cherry Hill, NJ  08034-3206
517032031     +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
516998176     #Heritage Business Systems,   1263 Glen Ave # 290,   Moorestown, NJ  08057-1157
517056857     +Indian Mills Contracting, Inc. 401K Plan,   Efren Cazales,
               170 S. Independence Mall W., Ste. 870 W.,   Philadelphia, PA 19106-3381
516998184      JM Pereira & Sons,   23330 Big Oak Rd,   Langhorne, PA  19047
518364086     +JPMorgan Chase Bank N.A.,,   s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
516998181      Jack Robinson Waste Disposal,   310 American Way,   Voorhees, NJ  08043-1117
516998182      James P. Kilkenny,   1111 Hollywood Blvd,   Point Pleasant Beach, NJ  08742-4428
517035679     +Jesco, Inc.,   c/o NCS,   729 Miner Road,   Highland Heights, OH 44143-2117
516998183      Jesco, Inc.,   1790 Route 38,   Lumberton, NJ  08048-2257
518028953      John Deere Financial, f.s.b.,   6400 NW 86th Street,   PO BOX 6600,
               Johnston, Iowa  50131-6600
517168270     +Kinsley Construction, Inc.,   attn: Jerry Caslow,   POB 2886,   York, PA 17405-2886
516998186      Kinsley Rebar,   609 Loucks Mill Rd,   York, PA  17403-1010
516998190      Kreiser & Associates, PC,   1300 Lawrence Rd,   Havertown, PA  19083-1805
516998191     +L & L Redi Mix,   1939 Route 206,   Southampton, NJ 08088-9593
516998192      L l& L Masonry Supply,   630 S Evergreen Ave,   Woodbury, NJ  08097-1006
516998193      Law Offices Of Benjamin H. Mabie, III,   Glen Cove Professional Building,
               769 Atlantic City Blvd,   Bayville, NJ  08721-2540
516998194      Leo B. Dubler, III,   20000 Horizon Way Ste 300,   Mount Laurel, NJ  08054-4311
516998195     +Liberty Mutual Insurance,   175 Berkeley St,   Boston, MA 02116-3350
516998197      M&T Credit Services,   1100 Worley Rd,   Williamsville, NY  14221
516998198      Marjam Supply,   6951 State Rd,   Philadelphia, PA  19135-1536
517052747     +Mark Schneider, Esq.,   581 Main Street,   P.O. Box 5042,   Woodbridge, NJ 07095-5042
516998199      Michael Ready,   c/o Leo B. Dubler, III,   20000 Horizon Way Ste 300,
               Mount Laurel, NJ  08054-4311
516998200      Mr. Bob’s Portable Toilets,   2293 N Firelane Rd,   Southampton, NJ  08088-3536
516998203      NCS,   PO Box 24101,   Cleveland, OH  44124-0101
516998204      New Jersey Commercial Collections, Inc.,   PO Box 2212,   Cherry Hill, NJ  08034-0165
516998205      Norris Sales,   1010 Conshohocken Rd,   Conshohocken, PA  19428-1002
517857280     +Norris Sales Company, Inc.,   Travis Kreiser,   1300 Lawrence Rd.,   Haverton, PA 19083-1805
516998206      O’Brien & Sons,   63 Pemberton Mills Rd,   Brown Mills, NJ  08015
516998207      Oxford Plan BG01,   4 Research Dr,   Shelton, CT  06484-6280
516998208      Oxford Plan BG02,   4 Research Dr,   Shelton, CT  06484-6280
517216740     +PNC Bank, N.A.,   Boston Portfolio Advisors as Authorized,   Agent for PNC Bank, N.A.,
               600 Corporate Drive, Suite 502,   Fort Lauderdale, FL 33334-3662
516998209      Pagenkopf Land Development,   1 Church St,   Lumberton, NJ  08048-1218
516998210      Parker McCay, PA,   9000 Midlantic Dr Ste 300,   Mount Laurel, NJ  08054-1539
516998211      Penn-Jersey Bldg Materials,   2817 Fire Rd,   Egg Harbor Township, NJ  08234-4071
516998212      Pennsylvania One Call System,   925 Irwin Run Rd,   West Mifflin, PA  15122-1078
517132353     +PennyMac Loan Services, LLC,   6101 Condor Drive, Suite 200,   Moorpark, CA 93021-2602
518271214     +PennyMac Loan Services, LLC.,   P.O. Box 2410,   Moorpark, CA 93020-2410
518271215     +PennyMac Loan Services, LLC.,   P.O. Box 2410,   Moorpark, CA 93020,
               PennyMac Loan Services, LLC.,   P.O. Box 2410,   Moorpark, CA 93020-2410
516998213      Pennymac Loan Services,   Attn: Bankruptcy,   PO Box 514357,   Los Angeles, CA  90051
516998214      Pennymac Loan Services,   6101 Condor Dr,   Moorpark, CA  93021-2602
516998215      Pensylvania Turnpike,   251 Flint Hill Rd,   King of Prussia, PA  19406-2686
516998216      Professional Account Management, LLC,   PO Box 1153,   Milwaukee, WI  53201-1153
516998217      Professional Services Funding Group, Inc,   121 Old Marlton Pike,   Medford, NJ  08055-8750
517110153     +Professional Svcs. Funding Group, Inc.,   1040 N. Kingd Hwy., Ste. 200,
               Cherry Hill, NJ 08034-1925
516998219      R.E. Pierson Concrete,   426 Swedesboro Rd,   Pilesgrove, NJ  08098-2534
516998222      RMC,   400 W Cummings Park Ste 4450,   Woburn, MA  01801-6594
516998224     #RMS,   PO Box 361598,   Columbus, OH  43236-1598
516998223      RMS,   PO Box 361446,   Columbus, OH  43236-1446
516998220      Riverfront Recycling,   20 Maple Ave,   Lumberton, NJ  08048-2918
517133982    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Department of Treasury,
               Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
```

```
District/off: 0312-3           User: admin              Page 3 of 6               Date Rcvd: May 14, 2020
                               Form ID: pdf905          Total Noticed: 231


516998225       #Safeguard Business Systems,    50 Hanover Ct,    Langhorne, PA 19047-1135
516998227        Silvi Concrete,    355 Newbold Rd,    Fairless Hills, PA 19030-4313
516998228       +South Jersey Federal C,    1615 Hurffville Rd,    Deptford, NJ 08096-6406
517214415       +South Jersey Federal CU,    POB 5539,    Deptford, NJ 08096-0539
516998230       +State Of NJ Department Of Labor,    Division of Employer Account,    PO Box 059,
                  Trenton, NJ 08646-0001
516998229        State Of New Jersey,    Judgment Section, PO Box 245,    Department Of Treasury, Div. Of Taxation,
                  Trenton, NJ 08695-0445
516998231       +State of NJ EZ Pass,    PO Box 52002,    Newark, NJ 07101-8202
516998233        Sterling National Bank,    179 S Main St,    New City, NY 10956-3315
516998234       +Strategic Funding Source, Inc.,    120 W 45th St,    New York, NY 10036-4062
516998235        Suffolk Redmix,    242 Dover Rd,    Toms River, NJ 08757-5157
516998236       +Sun National Bank,    226 W Landis Ave,    Vineland, NJ 08360-8142
516998237        Sunrun, Inc.,    PO Box 4387,    Portland, OR 97208-4387
516998238       #+Superior Vision,    939 Eldrige Landing Rd Ste 200,    Linthicum, MD 21090-2953
516998246        Syncb/Mattress Giant,    950 Forrer Blvd,    Kettering, OH 45420-1469
517099451       +TD BANK, N.A.,    Payment Processing,    PO BOX 16029,    Lewiston, ME 04243-9507
517102515       +TD Bank, N.A.,    c/o Richard J. Tracy, III, Esq.,    30 Montgomery Street, Suite 1205,
                  Jersey City, NJ 07302-3835
516998260       +Tesser & Cohen,    946 Main St,    Hackensack, NJ 07601-5100
516998261        Township of Glouester,    1261 Chews Landing Clementon Rd,    Blackwood, NJ 08012
516998262        Tri State Tire Services, Inc.,    399 Lakehurst Rd,    Browns Mills, NJ 08015-6827
517099483       +TriState Tire Service,    Grant Wood,    399 Lakehurst Road,    Browns Mills, NJ 08015-6827
517191570        U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                  St. Louis MO 63166-0108
517142908        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                  Harrisburg, PA 17106-9184
516998154       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Elan Financial Service,    PO Box 108,    Saint Louis, MO 63166-0108)
516998264        US Dep Ed,    PO Box 5609,    Greenville, TX 75403-5609
516998265        US Department of Labor,    Employee Benefits Security Admin Philade,
                  170 W S Independence Mall W The Curtis C,    Philadelphia, PA 19106-5347
516998266        US Dept of Education,    Attn: Bankruptcy,    PO Box 16448,    Saint Paul, MN 55116-0448
516998263       +United Concordia,    4401 Deer Path Rd,    Harrisburg, PA 17110-3983
516998267       +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494
516998268       +Vengroff Williams, Inc.,    PO Box 4155,    Sarasota, FL 34230-4155
516998272       +Vimco,    300 Hansen Access Rd Ste A,    King of Prussia, PA 19406-2440
516998279       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                  Frederick, MD 21701-4747)
516998274        Weldon Materials, Inc.,    c/o EnCircle Collections, Inc.,    7712 NW 46th St,
                  Doral, FL 33166-5460
516998275        Wells Fargo,    Credit,    Bureau DISPUTE,    Des Moines, IA 50306
516998276        Wells Fargo Bank,    PO Box 10438,    Des Moines, IA 50306-0438
517128610        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517107021        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
517028541        Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
                  PO Box 10438, Mac F8235-02F,    Des Moines, IA 50306-0438
516998277        Wells Fargo Banl/Flr Slotions,    PO Box 10438,    Des Moines, IA 50306-0438
516998278        Wells Fargo Dealer Services,    Attn: Bankruptcy,    PO Box 19657,    Irvine, CA 92623-9657
516998280        Wf Efs,    PO Box 5185,    Sioux Falls, SD 57117-5185
516998281        Wfds,    PO Box 1697,    Winterville, NC 28590-1697
516998282        Wharton,    1533 Union Ave,    Pennsauken, NJ 08110-2489
516998283        William J. Flaherty, Esq.,    Monmouth Shores Corporate Park,    1340 Campus Pkwy Apt A,
                  Neptune, NJ 07753-6829
516998284        Yellow Pages United,    PO Box 50038,    Jacksonville, FL 32240-0038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 14 2020 23:36:20     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2020 23:36:16     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516998110        E-mail/Text: ebnbankruptcy@ahm.honda.com May 14 2020 23:36:25     American Honda Finance,
                  PO Box 168088,    Irving, TX 75016-8088
516998115        E-mail/Text: bankruptcy@pepcoholdings.com May 14 2020 23:35:48     Atlantic City Electric,
                  PO Box 13610,    Philadelphia, PA 19101-3610
517022676        E-mail/Text: bankruptcy@pepcoholdings.com May 14 2020 23:35:48
                  Atlantic City Electric Company,    Pepco Holdings, Inc.,
                  Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                  Carneys Point, NJ 08069-3600
516998128        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2020 23:42:50     Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238-1119
516998138        E-mail/Text: Bankruptcy.RI@Citizensbank.com May 14 2020 23:35:25     Citizens Bank,
                  Attn: Bankruptcy,    443 Jefferson Blvd MSC RJW-135,    Warwick, RI 02886
516998139        E-mail/Text: Bankruptcy.RI@Citizensbank.com May 14 2020 23:35:25     Citizens One,
                  PO Box 42113,    Providence, RI 02940-2113
```

```
District/off: 0312-3           User: admin              Page 4 of 6              Date Rcvd: May 14, 2020
                               Form ID: pdf905          Total Noticed: 231


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516998143      E-mail/Text: kmurphy@commercialcreditgroup.com May 14 2020 23:35:18     Commercial Credit Group,
                400 Essjay Rd Ste 340,    Williamsville, NY 14221-8249
517178933     +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 14 2020 23:36:52     Caliber Home Loans, Inc.,
                CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY OK 73134-2500
516998129      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2020 23:42:50     Capital One,
                Attn: Bankruptcy,    PO Box 30253,    Salt Lake City, UT 84130-0253
516998140      E-mail/Text: Bankruptcy.RI@Citizensbank.com May 14 2020 23:35:25     Citizens One Auto Fin,
                480 Jefferson Blvd,    Warwick, RI 02886-1359
516998273      E-mail/PDF: DellBKNotifications@resurgent.com May 14 2020 23:43:42     Webbank/dfs,
                1 Dell Way,   Round Rock, TX 78682-7000
516998146      E-mail/PDF: DellBKNotifications@resurgent.com May 14 2020 23:44:23     Dell Financial Services,
                Attn: Bankruptcy,    PO Box 81577,    Austin, TX 78708-1577
516998151      E-mail/PDF: pa_dc_ed@navient.com May 14 2020 23:42:56     Dpt Ed/Slm,    PO Box 9635,
                Wilkes Barre, PA 18773-9635
516998157      E-mail/Text: collections@encirclepayments.com May 14 2020 23:35:19
                EnCircle Collections, Inc.,    7713 NW 46th St,    Doral, FL 33166-5460
516998158      E-mail/Text: bankruptcy.notices@hdfsi.com May 14 2020 23:36:41     Esb/Harley Davidson Cr,
                PO Box 21829,   Carson City, NV 89721-1829
516998161      E-mail/Text: HWIBankruptcy@hunterwarfield.com May 14 2020 23:36:21     FDR Universal Fleet,
                c/o Hunter Warfield,    4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
516998173      E-mail/Text: bankruptcy.notices@hdfsi.com May 14 2020 23:36:41     Harley Davidson Financial,
                Attention: Bankruptcy,    PO Box 22048,    Carson City, NV 89721-2048
516998177      E-mail/Text: HWIBankruptcy@hunterwarfield.com May 14 2020 23:36:21     Hunter Warfield,
                4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
517284246      E-mail/Text: sbse.cio.bnc.mail@irs.gov May 14 2020 23:35:42     IRS,    POB 7346,
                Philadelphia, PA 19101-7346
516998132      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 14 2020 23:44:11     Chase Card,
                Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
516998133      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 14 2020 23:44:11     Chase Card,
                PO Box 15298,   Wilmington, DE 19850-5298
516998185      E-mail/Text: gmiller@johnnyonthespot.com May 14 2020 23:35:50     Johnny On The Spot, LLC,
                3168 Bordentown Ave,    Old Bridge, NJ 08857-9703
516998188      E-mail/Text: bncnotices@becket-lee.com May 14 2020 23:35:35     Kohls/Capital One,
                Kohls Credit,   PO Box 3043,    Milwaukee, WI 53201-3043
516998189     +E-mail/Text: bncnotices@becket-lee.com May 14 2020 23:35:35     Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516998196      E-mail/Text: camanagement@mtb.com May 14 2020 23:35:52     M&T Bank,    1 Fountain Plz Fl 4,
                Buffalo, NY 14203-1420
516998201     +E-mail/PDF: pa_dc_claims@navient.com May 14 2020 23:42:57     Navient,    Attn: Bankruptcy,
                PO Box 9500,   Wilkes-Barr, PA 18773-9500
516998202      E-mail/PDF: pa_dc_claims@navient.com May 14 2020 23:44:22     Navient Solutions Inc,
                11100 USA Pkwy,   Fishers, IN 46037-9203
517127455      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2020 11:50:19
                Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                Norfolk VA 23541
517158078      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2020 11:50:19
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                Norfolk VA 23541
517174932      E-mail/Text: bnc-quantum@quantum3group.com May 14 2020 23:36:08
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
516998222      E-mail/Text: bkrpt@retrievalmasters.com May 14 2020 23:36:16     RMCB Collection Agency,
                PO Box 1235,   Elmsford, NY 10523-0935
516998226      E-mail/Text: bankruptcy@bbandt.com May 14 2020 23:36:13     Sheffield Financial Co,
                2554 Lewisville Clemmons Rd,    Clemmons, NC 27012-8110
516998232      E-mail/Text: david.johnson@sterlingnationalbank.com May 14 2020 23:35:51
                Sterling National Bank,    500 Fashion Ave,    New York, NY 10018-4502
516998239      E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:43:39     Syncb Bank/American Eagle,
                Attn: Bankruptcy,    PO Box 965064,    Orlando, FL 32896-5064
516998241      E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:44:19     Syncb/Amer Eagle,    PO Box 965005,
                Orlando, FL 32896-5005
516998242      E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:43:37     Syncb/Carcare One,    C/o,
                PO Box 965036,   Orlando, FL 32896-5036
516998243      E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:44:23     Syncb/Improvement Solu,
                950 Forrer Blvd,    Kettering, OH 45420-1469
516998244      E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:43:37     Syncb/Improvement Solu,
                Synchrony Bank,    PO Box 965064,    Orlando, FL 32896-5064
516998247      E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:42:49     Syncb/Old Navy,    PO Box 965005,
                Orlando, FL 32896-5005
516998249      E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:42:54     Syncb/Pc Richard,    C/o,
                PO Box 965036,   Orlando, FL 32896-5036
516998240      E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:42:49     Syncb/amazon,    PO Box 965015,
                Orlando, FL 32896-5015
516998245     +E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:44:17     Syncb/lowes,    PO Box 956005,
                Orlando, FL 32896-0001
516998248      E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:44:07     Syncb/paypal Smart Con,
                PO Box 965005,   Orlando, FL 32896-5005
516999939     +E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:44:16     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-3          User: admin              Page 5 of 6              Date Rcvd: May 14, 2020
                              Form ID: pdf905          Total Noticed: 231


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516998250        E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:44:25      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
516998251        E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:43:41      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
516998252        E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:44:26      Synchrony Bank/Car Care One,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
516998253        E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:42:56      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
516998254        E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:43:33      Synchrony Bank/Paypal Cr,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
516998255        E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 23:44:20      Synchrony Bank/Pc Richard,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
516998257        E-mail/Text: bankruptcy@td.com May 14 2020 23:36:21       Td Bank N.A.,    32 Chestnut St,
                 Lewiston, ME  04240-7744
516998256        E-mail/Text: bankruptcy@td.com May 14 2020 23:36:21       Td Bank N.A.,    70 Gray Rd,
                 Portland, ME  04105-2019
516998258        E-mail/Text: bankruptcy@td.com May 14 2020 23:36:21       Td Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME  04240-7744
516998259        E-mail/Text: bankruptcy@td.com May 14 2020 23:36:21       Td Banknorth,    Attn: Bankruptcy,
                 PO Box 1190,    Lewiston, ME  04243-1190
517085225       +E-mail/Text: MNARCISO@NEPTUNETOWNSHIP.ORG May 14 2020 23:36:44       Township of Neptune,
                 POB 1167,    Neptune, NJ 07754-1167
518375964       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2020 23:36:16       United States Trustee,
                 One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
517110585       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 14 2020 23:44:33       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516998269        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 14 2020 23:35:15
                 Verizon,    140 W State St,    New York, NY  10007
516998270        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 14 2020 23:35:15
                 Verizon Wireless,    2 Verizon Pl,    Alpharetta, GA  30004-8510
516998271       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 14 2020 23:35:16
                 Verizon Wirelss,    2000 Corporate Dr,    Orangeburg, NY 10962-2624
                                                                                              TOTAL: 62


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517952525         Caliber Home Loans, Inc.,   13801 Wireless Way, Oklahoma City OK 731
cr*              +Professional Services Funding Group, Inc.,    121 Old Marlton Pike,   Medford, NJ 08055-8750
517261615*       +Caliber Home Loans, Inc.,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                  OKLAHOMA CITY OK 73134-2500
517014589*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company LLC,    Dept.  55953,   P O Box 55000,
                  Detroit,  MI. 48255-0953)
517015872*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company, LLC,    PO BOX 62180,
                  Colorado Springs, CO  80962-4400)
516998179*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Servic,    5218 Atlantic Ave,
                  Mays Landing, NJ  08330-2003)
518126997*        IRS,   POB 7346,   Philadelphia, PA  19101-7346
516998180*        Internal Revenue Service,    PO Box 7346,   Special Procedures Branch, Bky Sec.,
                  Philadelphia, PA  19101-7346
516998098        ##ACAD, US Com, LLC,    257 Ramblewood Pkwy,    Mount Laurel, NJ  08054-2431
516998118        ##Bank of America,    NC4-105-03-14,    PO Box 26012,   Greensboro, NC  27420-6012
516998131        ##Cement Masons' Union Local No. 592,    Welfare and Pension Funds,    2315 S 22nd St,
                  Philadelphia, PA  19145-3406
516998145        ##Dean Enterprises,    1535 Route 206,   Tabernacle, NJ  08088-8852
516998152        ##Dustin A. Cucinotta,    257 Ramblewood Pkwy,   Mount Laurel, NJ  08054-2431
516998163       ##+Finance of America Mor,    15325 Fairfield Ranch Rd,    Chino Hills, CA 91709-8842
516998178        ##Indian Mills Contracting, Inc.,    PO Box 2654,   Vincentown, NJ  08088-2654
516998187        ##Knauplaw, PC,    900 Haddon Ave # 206,    Collingswood, NJ  08108-2111
516998218        ##Professional Services of Marlton,    48 N Maple Ave,   Marlton, NJ  08053-3023
                                                                                          TOTALS: 1, * 7, ## 9

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin               Page 6 of 6              Date Rcvd: May 14, 2020
                              Form ID: pdf905           Total Noticed: 231
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:

```
           Andrew J. Kelly    on behalf of Mediator Andrew  Kelly, Esq. akelly@kbtlaw.com,
            wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw
            .com;tgraga@kbtlaw.com
           Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
           Bunce Atkinson    on behalf of Attorney    Atkinson & DeBartolo, PC bunceatkinson@aol.com,
            NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
           Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
            maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
           Bunce Atkinson     bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
            atkinson@remote7solutions.com
           Daniel E Straffi    on behalf of Defendant Josh  Ferrell bktrustee@straffilaw.com,
            G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
            osfs.com
           Daniel E. Straffi    on behalf of Defendant Josh  Ferrell bkclient@straffilaw.com,
            G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
           Daniel E. Straffi    on behalf of Defendant Joshua W Ferrell bkclient@straffilaw.com,
            G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
           Daniel E. Straffi    on behalf of Joint Debtor Candice M Ferrell bktrustee@straffilaw.com,
            G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
           Daniel E. Straffi    on behalf of Debtor Joshua W Ferrell bktrustee@straffilaw.com,
            G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
           Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Janet Gold    on behalf of Creditor    Professional Services Funding Group, Inc.
            jgold@egclawfirm.com, ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
           Jenna Z. Gabay    on behalf of Creditor    Colonial Funding Network, Inc. as servicing provider for
            Life Capital jenna.gabay@rivkin.com,
            matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.
            com;farrah.choudry@rivkin.com
           Jenna Z. Gabay    on behalf of Plaintiff    Kapitus Servicing, Inc. f/k/a Colonial Funding Network,
            Inc., as servicing provider for Life Capital Partners, Inc. jenna.gabay@rivkin.com,
            matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.
            com;farrah.choudry@rivkin.com
           John F Newman    on behalf of Creditor    SJFCU courts@southjerseyfcu.com
           John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
            LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
           Margaret Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
           R. A. Lebron    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bankruptcy@feinsuch.com
           Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson rsolarz@kmllawgroup.com
           Sherri Jennifer Smith    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
            nj.bkecf@fedphe.com
           Sindi Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
           Thomas A. Hagner    on behalf of Creditor Cody  Barry tahagner@hzlawpartners.com
           Travis L. Kreiser    on behalf of Creditor    Norris Sales Co., Inc. travis.kreiser@verizon.net
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
           United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
           William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
           William M.E. Powers, III    on behalf of Creditor    Caliber Home Loans, Inc. ecf@powerskirn.com
           William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                             TOTAL: 28
```