UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

THE KELLY FIRM, PC
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762-2030
(732) 449-0525
Attorneys for Bunce Atkinson, Chapter 7 Trustee

Order Filed on August 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSHUA W. FERRELL and CANDICE M. FERRELL,

Debtors.

Case No.: 17-26345

Judge: KCF

Chapter: 7

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF   THE KELLY FIRM, PC

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 5, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re: Joshua W. Ferrell and Candice M. Ferrell

Case No.: 17-26345

Applicant: Bunce D. Atkinson, Chapter 7 Trustee

(check all that apply) ☑ Trustee: ☑ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: The Kelly Firm, PC

Address of Professional: 1011 Highway 71, Suite 200

Spring Lake, NJ 07762

☑ Attorney for (check all that apply):

☑ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-26345-KCF
Joshua W Ferrell                                                    Chapter 7
Candice M Ferrell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Aug 05, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db/jdb         +Joshua W Ferrell,    Candice M Ferrell,   105 Savoy Blvd.,    Chatsworth, NJ 08019-2220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:
              Andrew J. Kelly    on behalf of Mediator Andrew J. Kelly akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw.com;tgraga@kbtlaw.com
              Andrew J. Kelly    on behalf of Mediator Andrew  Kelly, Esq. akelly@kbtlaw.com,
               wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw.com;tgraga@kbtlaw.com
              Andrew L. Spivack    on behalf of Creditor   CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
              Bunce  Atkinson     bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
               atkinson@remote7solutions.com
              Bunce  Atkinson    on behalf of Attorney    Atkinson & DeBartolo, PC bunceatkinson@aol.com,
               NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
              Daniel E Straffi    on behalf of Defendant Josh  Ferrell bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com
              Daniel E. Straffi    on behalf of Defendant Josh  Ferrell bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Defendant Joshua W Ferrell bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Joint Debtor Candice M Ferrell bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Debtor Joshua W Ferrell bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor   Harley-Davidson dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Janet  Gold    on behalf of Creditor   Professional Services Funding Group, Inc.
               jgold@egclawfirm.com,  ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
              Jenna Z. Gabay    on behalf of Plaintiff    Kapitus Servicing, Inc. f/k/a Colonial Funding Network,
               Inc., as servicing provider for Life Capital Partners, Inc. jenna.gabay@rivkin.com,
               matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;farrah.choudry@rivkin.com
              Jenna Z. Gabay    on behalf of Creditor    Colonial Funding Network, Inc. as servicing provider for
               Life Capital jenna.gabay@rivkin.com,
               matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;farrah.choudry@rivkin.com
              John F Newman    on behalf of Creditor   SJFCU courts@southjerseyfcu.com
              John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Margaret  Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
              R. A. Lebron    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor   Harley-Davidson rsolarz@kmllawgroup.com

```
District/off: 0312-3                  User: admin                      Page 2 of 2                  Date Rcvd: Aug 05, 2020
                                      Form ID: pdf903                  Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Sherri Jennifer Smith    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Sindi  Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
              Thomas A. Hagner    on behalf of Creditor Cody  Barry tahagner@hzlawpartners.com
              Travis L. Kreiser    on behalf of Creditor    Norris Sales Co., Inc. travis.kreiser@verizon.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Caliber Home Loans, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                                            TOTAL: 29
```