UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-26345 |
| Joshua W Ferrell | Chapter: | 7 |
| Candice M Ferrell | Judge: | KCF |

## NOTICE OF PROPOSED ABANDONMENT

_____ Bunce D. Atkinson _____, _ Chapter 7 Trustee __ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____ Kathryn C. Ferguson _____ on __ November 10, 2020 __ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  15 Prince Street
Chatsworth, NJ
Value - $170,000.00

Liens on property:    Pennymac Loan Services
$115,072.00

Amount of equity claimed as exempt:  $10,785.00

Objections must be served on, and requests for additional information directed to:

Name:    Bunce D. Atkinson, Chapter 7 Trustee

Address:    1011 Highway 71, Suite 200 Spring Lake, NJ 07762-2030

Telephone No.: (732) 449-0525

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 17-26345-KCF |
|---|---|
| Joshua W Ferrell | Chapter 7 |
| Candice M Ferrell | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 9 |
|---|---|---|
| Date Rcvd: Oct 05, 2020 | Form ID: pdf905 | Total Noticed: 229 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua W Ferrell, Candice M Ferrell, 105 Savoy Blvd., Chatsworth, NJ 08019-2220 |
| aty | + | Andrew J. Kelly, The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762 UNITED STATES 07762-3232 |
| aty | + | Atkinson & DeBartolo, PC, The Galleria, 2 Bridge Avenue, PO Box 8415, Red Bank, NJ 07701-8415 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Cody Barry, Hagner & Zohlman LLC, 57 Kresson Road, 57 Kresson Road, Cherry Hill, NJ 08234 UNITED STATES 08034-3206 |
| cr | | Colonial Funding Network, Inc. as servicing provid, c/o Rivkin Radler LLP, 21 Main Street, Court Plaza South, West Wing, Suite 158, Hackensack, NJ 07601-7021 |
| cr | | Norris Sales Co., Inc., Kreiser & Associates PC, 1300 Lawrence Road, PA 19083 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| cr | + | US Dept. of Labor, Employee Benefits, The Curtis Centerm Ste.870 West, 170 S. Independence Mall West, Philadelphia, PA 19106-3323 |
| 516998106 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 516998114 | + | APS, 711 Cooper St, Beverly, NJ 08010-1796 |
| 516998099 | | Acs-bkameric, ACS/Education Services, PO Box 7051, Utica, NY 13504-7051 |
| 516998100 | | Acs/Clc College Loan C, 501 Bleecker St, Utica, NY 13501-2401 |
| 516998101 | | Acs/Dept of Ed, 501 Bleecker St, Utica, NY 13501-2401 |
| 516998102 | | Aes/Pnc Bank, Attn: Bankrupcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 516998103 | | Aes/Pnc Natl City, PO Box 61047, Harrisburg, PA 17106-1047 |
| 516998104 | | Ahearn Rentals, 2015 US Highway 206, Bordentown, NJ 08505-2120 |
| 516998105 | | Al Anderson, 4161 Route 563, Chatsworth, NJ 08019-2213 |
| 517035942 | + | Amber Walker, 1830 Craig Park Ct., St. Louis, MO 63146-4122 |
| 516998111 | | AmeriHealth HMO, c/o GB Collects, LLC, 1253 Haddonfield Berlin Rd, Voorhees, NJ 08043-4847 |
| 516998108 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 516998107 | | American Express, PO Box 12354, Atlanta, GA 30355-2354 |
| 516998109 | | American Express, PO Box 10347, Des Moines, IA 50306-0347 |
| 517103060 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517103076 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516998113 | | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516998112 | | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 516998116 | | Atlantic Seamless, 1115 Beaver Dam Rd, Point Pleasant Beach, NJ 08742-4403 |
| 516998117 | | B & C Fabrication & Truck Repair, 1429 Route 206, Tabernacle, NJ 08088-9448 |
| 517143021 | + | B&C Fabrication & Truck Repair, 61 Union St., Medford, NJ 08055-2432 |
| 516998119 | | BB&T, Attn: Bankruptcy Department, 6010 Golding Center Dr, Winston Salem, NC 27103-9815 |
| 516998120 | | Bk of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 516998121 | | Bob Drayton, Inc., c/o GB Collects, LLC, 1253 Haddonfield Berlin Rd, Voorhees, NJ 08043-4847 |
| 516998122 | | Brynell Electric, LLC, PO Box 39, Mullica Hill, NJ 08062-0039 |
| 517069813 | + | COLLEGE LOAN CORPORATION-GOLD WH on behalf of, MHEAC d/b/a ASA, Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600 Boston, MA 02114-2518 |
| 516998123 | | Caliber Home Loans, In, PO Box 24610, Oklahoma City, OK 73124-0610 |

| | | |
|---|---|---|
| 516998124 | | Campbell Supply, 1015 Cranbury South River Rd, Monroe Township, NJ 08831-3408 |
| 516998125 | | Canon Financial, 158 Gaither Dr, Mount Laurel, NJ 08054-1716 |
| 516998127 | | Cap1/bstby, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516998126 | | Cap1/bstby, Capital, 1 Retail Srvs Attn Bankruptcy, Salt Lake City, UT 84130 |
| 516998130 | | Caterina Supply, 1271 Glassboro Rd, Williamstown, NJ 08094-3507 |
| 516998134 | | Christopher & Jennfer Ferrell, 107 Savoy Blvd, Chatsworth, NJ 08019-2220 |
| 516998135 | | Chrysler Capital, 1010 W Mockingbird Ln, Dallas, TX 75247-5128 |
| 516998136 | | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516998137 | | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, PO Box 790040, Saint Louis, MO 63179-0040 |
| 516998140 | | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 517116531 | + | Cody Barry, c/o Thomas A. Hagner, Esq., 57 Kresson Road, Cherry Hill, New Jersey 08034-3206 |
| 516998141 | | Cody P. Barry, 2 Bridlewood Ct, Tabernacle, NJ 08088-9600 |
| 517213248 | #+ | Colonial Funding Network, Inc., 2500 Discovery Ln., Rockwall, TX 75032-6335 |
| 516998142 | | Colonial Funding Network, Inc., 120 W 45th St Fl 2, New York, NY 10036-4041 |
| 516998144 | + | Consulting Engineer Services, 645 Cross Keys Rd, Sicklerville, NJ 08081-9583 |
| 518028953 | ++ | DEERE CREDIT SERVICES INC, ATTN LITIGATION & RECOVERY DEPARTMENT, PO BOX 6600, JOHNSTON IA 50131-6600 address filed with court:, John Deere Financial, f.s.b., 6400 NW 86th Street, PO BOX 6600, Johnston, Iowa 50131-6600 |
| 518028956 | ++ | DEERE CREDIT SERVICES INC, ATTN LITIGATION & RECOVERY DEPARTMENT, PO BOX 6600, JOHNSTON IA 50131-6600 address filed with court:, Deere Credit, Inc., 6400 NW 86th Street, PO BOX 6600, Johnston, Iowa 50131-6600 |
| 516998147 | | Dennis LaSassa, Jr. Plumbing & Heating, 895 12th St, Hammonton, NJ 08037-1363 |
| 516998148 | | Diana LiwinKilkenny, 1111 Hollywood Blvd, Point Pleasant Beach, NJ 08742-4428 |
| 516998149 | + | Dilworth Paxson, LLP, 457 Haddonfield Rd Ste 70, Cherry Hill, NJ 08002-2221 |
| 516998150 | | Donald V. Feely, Esq., 39 Hilliards Bridge Rd, Southampton, NJ 08088-8803 |
| 516998153 | | Eastern Contractor Services, 260 E Main St, Tuckerton, NJ 08087-2600 |
| 517588354 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 517588355 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408 St. Paul, MN 55116-0408 |
| 516998155 | | Emergency Physican Associate Of South Je, 1 Hamilton Health Pl, Hamilton, NJ 08690-3542 |
| 517199528 | | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 516998156 | | Emergency Physician Associates, PO Box 740021, Cincinnati, OH 45274-0021 |
| 516998164 | + | FInancial Resources FCU, 520 US Highway 22, Bridgewater, NJ 08807-2489 |
| 516998168 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 516998159 | | Farm Family Business Auto, PO Box 656, Albany, NY 12201-0656 |
| 516998160 | | Farm Family Work Comp, PO Box 656, Albany, NY 12201-0656 |
| 516998162 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 516998165 | | Flr Solution, PO Box 94498, Las Vegas, NV 89193-4498 |
| 516998167 | | Ford Motor Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 516998166 | + | Ford Motor Credit, PO Box BOX542000, Omaha, NE 68154-8000 |
| 516998169 | + | Frd Motor Cr, PO Box BOX542000, Omaha, NE 68154-8000 |
| 516998170 | | Furniturebar, PO Box 94498, Las Vegas, NV 89193-4498 |
| 516998171 | | GB Collects, LLC, 1253 Haddonfield Berlin Rd, Voorhees, NJ 08043-4847 |
| 516998174 | | HCFS Healthcare Financial, LLC, AKron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 516998175 | | HD Water Supply Works, 228 Williamstown Rd, Berlin, NJ 08009-9730 |
| 516998172 | | Hagner & Zohlman, LLC, 57 Kresson Rd, Cherry Hill, NJ 08034-3206 |
| 517032031 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 517056857 | + | Indian Mills Contracting, Inc. 401K Plan, Efren Cazales, 170 S. Independence Mall W., Ste. 870 W., Philadelphia, PA 19106-3381 |
| 516998184 | | JM Pereira & Sons, 23330 Big Oak Rd, Langhorne, PA 19047 |
| 518364086 | + | JPMorgan Chase Bank N.A.,, s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516998181 | | Jack Robinson Waste Disposal, 310 American Way, Voorhees, NJ 08043-1117 |
| 516998182 | | James P. Kilkenny, 1111 Hollywood Blvd, Point Pleasant Beach, NJ 08742-4428 |
| 516998183 | | Jesco, Inc., 1790 Route 38, Lumberton, NJ 08048-2257 |
| 517035679 | + | Jesco, Inc., c/o NCS, 729 Miner Road, Highland Heights, OH 44143-2117 |
| 517168270 | + | Kinsley Construction, Inc., attn: Jerry Caslow, POB 2886, York, PA 17405-2886 |
| 516998186 | | Kinsley Rebar, 609 Loucks Mill Rd, York, PA 17403-1010 |
| 516998190 | | Kreiser & Associates, PC, 1300 Lawrence Rd, Havertown, PA 19083-1805 |
| 516998191 | + | L & L Redi Mix, 1939 Route 206, Southampton, NJ 08088-9593 |
| 516998192 | | L & L Masonry Supply, 630 S Evergreen Ave, Woodbury, NJ 08097-1006 |
| 516998193 | | Law Offices Of Benjamin H. Mabie, III, Glen Cove Professional Building, 769 Atlantic City Blvd, Bayville, NJ 08721-2540 |
| 516998194 | | Leo B. Dubler, III, 20000 Horizon Way Ste 300, Mount Laurel, NJ 08054-4311 |
| 516998195 | + | Liberty Mutual Insurance, 175 Berkeley St, Boston, MA 02116-3350 |
| 516998197 | | M&T Credit Services, 1100 Worley Dr, Williamsville, NY 14221 |
| 516998198 | | Marjam Supply, 6951 State Rd, Philadelphia, PA 19135-1536 |

| | | |
|---|---|---|
| 517052747 | + | Mark Schneider, Esq., 581 Main Street, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 516998199 | | Michael Ready, c/o Leo B. Dubler, III, 20000 Horizon Way Ste 300, Mount Laurel, NJ 08054-4311 |
| 516998200 | | Mr. Bob's Portable Toilets, 2293 N Firelane Rd, Southampton, NJ 08088-3536 |
| 516998203 | | NCS, PO Box 24101, Cleveland, OH 44124-0101 |
| 516998204 | | New Jersey Commercial Collections, Inc., PO Box 2212, Cherry Hill, NJ 08034-0165 |
| 516998205 | | Norris Sales, 1010 Conshohocken Rd, Conshohocken, PA 19428-1002 |
| 517857280 | + | Norris Sales Company, Inc., Travis Kreiser, 1300 Lawrence Rd., Haverton, PA 19083-1805 |
| 516998206 | | O'Brien & Sons, 63 Pemberton Mills Rd, Brown Mills, NJ 08015 |
| 516998207 | | Oxford Plan BG01, 4 Research Dr, Shelton, CT 06484-6280 |
| 516998208 | | Oxford Plan BG02, 4 Research Dr, Shelton, CT 06484-6280 |
| 517216740 | + | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |
| 516998209 | | Pagenkopf Land Development, 1 Church St, Lumberton, NJ 08048-1218 |
| 516998210 | | Parker McCay, PA, 9000 Midlantic Dr Ste 300, Mount Laurel, NJ 08054-1539 |
| 516998211 | | Penn-Jersey Bldg Materials, 2817 Fire Rd, Egg Harbor Township, NJ 08234-4071 |
| 516998212 | | Pennsylvania One Call System, 925 Irwin Run Rd, West Mifflin, PA 15122-1078 |
| 517132353 | + | PennyMac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 518271214 | + | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 518271215 | + | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020, PennyMac Loan Services, LLC., P.O. Box 2410 Moorpark, CA 93020-2410 |
| 516998213 | | Pennymac Loan Services, Attn: Bankruptcy, PO Box 514357, Los Angeles, CA 90051 |
| 516998214 | | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 516998215 | | Pensylvania Turnpike, 251 Flint Hill Rd, King of Prussia, PA 19406-2686 |
| 516998216 | | Professional Account Management, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 516998217 | | Professional Services Funding Group, Inc, 121 Old Marlton Pike, Medford, NJ 08055-8750 |
| 517110153 | + | Professional Svcs. Funding Group, Inc., 1040 N. Kingd Hwy., Ste. 200, Cherry Hill, NJ 08034-1925 |
| 516998219 | | R.E. Pierson Concrete, 426 Swedesboro Rd, Pilesgrove, NJ 08098-2534 |
| 516998221 | | RMC, 400 W Cummings Park Ste 4450, Woburn, MA 01801-6594 |
| 516998223 | | RMS, PO Box 361446, Columbus, OH 43236-1446 |
| 516998220 | | Riverfront Recycling, 20 Maple Ave, Lumberton, NJ 08048-2918 |
| 517133982 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516998227 | | Silvi Concrete, 355 Newbold Rd, Fairless Hills, PA 19030-4313 |
| 516998228 | + | South Jersey Federal C, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 517214415 | + | South Jersey Federal CU, POB 5539, Deptford, NJ 08096-0539 |
| 516998230 | + | State Of NJ Department of Labor, Division of Employer Account, PO Box 059, Trenton, NJ 08646-0001 |
| 516998229 | | State Of New Jersey, Judgment Section, PO Box 245, Department Of Treasury, Div. Of Taxation, Trenton, NJ 08695-0445 |
| 516998231 | + | State of NJ EZ Pass, PO Box 52002, Newark, NJ 07101-8202 |
| 516998233 | | Sterling National Bank, 179 S Main St, New City, NY 10956-3315 |
| 516998234 | + | Strategic Funding Source, Inc., 120 W 45th St, New York, NY 10036-0069 |
| 516998235 | | Suffolk Redmix, 242 Dover Rd, Toms River, NJ 08757-5157 |
| 516998236 | + | Sun National Bank, 226 W Landis Ave, Vineland, NJ 08360-8142 |
| 516998237 | | Sunrun, Inc., PO Box 4387, Portland, OR 97208-4387 |
| 516998238 | #+ | Superior Vision, 939 Eldrige Landing Rd Ste 200, Linthicum, MD 21090-2953 |
| 516998246 | | Syncb/Mattress Giant, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 517099451 | + | TD BANK, N.A., Payment Processing, PO BOX 16029, Lewiston, ME 04243-9507 |
| 517102515 | + | TD Bank, N.A., c/o Richard J. Tracy, III, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 516998260 | + | Tesser & Cohen, 946 Main St, Hackensack, NJ 07601-5100 |
| 516998261 | | Township of Glouester, 1261 Chews Landing Clementon Rd, Blackwood, NJ 08012 |
| 516998262 | | Tri State Tire Services, Inc., 399 Lakehurst Rd, Browns Mills, NJ 08015-6827 |
| 517099483 | + | TriState Tire Service, Grant Wood, 399 Lakehurst Road, Browns Mills, NJ 08015-6827 |
| 517191570 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 517142908 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 516998154 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Elan Financial Service, PO Box 108, Saint Louis, MO 63166-0108 |
| 516998264 | | US Dep Ed, PO Box 5609, Greenville, TX 75403-5609 |
| 516998265 | | US Department of Labor, Employee Benefits Security Admin Philade, 170 W S Independence Mall W The Curtis C, Philadelphia, PA 19106-5347 |
| 516998266 | | US Dept of Education, Attn: Bankruptcy, PO Box 16448, Saint Paul, MN 55116-0448 |
| 516998263 | + | United Concordia, 4401 Deer Path Rd, Harrisburg, PA 17110-3983 |
| 516998267 | + | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |
| 516998268 | + | Vengroff Williams, Inc., PO Box 4155, Sarasota, FL 34230-4155 |
| 516998272 | + | Vimco, 300 Hansen Access Rd Ste A, King of Prussia, PA 19406-2440 |
| 516998279 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC |

District/off: 0312-3    User: admin    Page 4 of 9
Date Rcvd: Oct 05, 2020    Form ID: pdf905    Total Noticed: 229

|  | X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court;, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701-4747 |
| 516998274 | Weldon Materials, Inc., c/o EnCircle Collections, Inc., 7712 NW 46th St, Doral, FL 33166-5460 |
| 516998275 | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50306 |
| 516998276 | Wells Fargo Bank, PO Box 10438, Des Moines, IA 50306-0438 |
| 517128610 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517107021 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517028541 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, Mac F8235-02F, Des Moines, IA 50306-0438 |
| 516998277 | Wells Fargo Banl/Flr Slotions, PO Box 10438, Des Moines, IA 50306-0438 |
| 516998278 | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |
| 516998280 | Wf Efs, PO Box 5185, Sioux Falls, SD 57117-5185 |
| 516998281 | Wfds, PO Box 1697, Winterville, NC 28590-1697 |
| 516998282 | Wharton, 1533 Union Ave, Pennsauken, NJ 08110-2489 |
| 516998283 | William J. Flaherty, Esq., Monmouth Shores Corporate Park, 1340 Campus Pkwy Apt A, Neptune, NJ 07753-6829 |
| 516998284 | Yellow Pages United, PO Box 50038, Jacksonville, FL 32240-0038 |

TOTAL: 168

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2020 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2020 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516998110 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 05 2020 21:43:00 | American Honda Finance, PO Box 168088, Irving, TX 75016-8088 |
| 516998115 | | Email/Text: bankruptcy@pepcoholdings.com | Oct 05 2020 21:43:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 517022676 | | Email/Text: bankruptcy@pepcoholdings.com | Oct 05 2020 21:43:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516998128 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 05 2020 22:18:40 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 516998138 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 05 2020 21:42:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Blvd MSC RJW-135, Warwick, RI 02886 |
| 516998139 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 05 2020 21:42:00 | Citizens One, PO Box 42113, Providence, RI 02940-2113 |
| 516998143 | | Email/Text: kmurphy@commercialcreditgroup.com | Oct 05 2020 21:42:00 | Commercial Credit Group, 400 Essjay Rd Ste 340, Williamsville, NY 14221-8249 |
| 517178933 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Oct 05 2020 21:44:00 | Caliber Home Loans, Inc., CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY OK 73134-2500 |
| 516998129 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 05 2020 22:18:21 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518028953 | | Email/Text: litbkcourtmail@johndeere.com | Oct 05 2020 21:42:00 | John Deere Financial, f.s.b., 6400 NW 86th Street, PO BOX 6600, Johnston, Iowa 50131-6600 |
| 518028956 | | Email/Text: litbkcourtmail@johndeere.com | Oct 05 2020 21:42:00 | Deere Credit, Inc., 6400 NW 86th Street, PO BOX 6600, Johnston, Iowa 50131-6600 |
| 516998273 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 05 2020 22:19:03 | Webbank/dfs, 1 Dell Way, Round Rock, TX 78682-7000 |
| 516998146 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 05 2020 22:19:04 | Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 516998151 | | Email/PDF: pa_dc_ed@navient.com | Oct 05 2020 22:18:25 | Dpt Ed/Slm, PO Box 9635, Wilkes Barre, PA |

District/off: 0312-3    User: admin    Page 5 of 9
Date Rcvd: Oct 05, 2020    Form ID: pdf905    Total Noticed: 229

| | | | |
|---|---|---|---|
| | | | 18773-9635 |
| 516998157 | Email/Text: collections@encirclepayments.com | Oct 05 2020 21:42:00 | EnCircle Collections, Inc., 7713 NW 46th St, Doral, FL 33166-5460 |
| 516998158 | Email/Text: bankruptcy.notices@hdfsi.com | Oct 05 2020 21:44:00 | Esb/Harley Davidson Cr, PO Box 21829, Carson City, NV 89721-1829 |
| 516998161 | Email/Text: HWIBankruptcy@hunterwarfield.com | Oct 05 2020 21:43:00 | FDR Universal Fleet, c/o Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 516998173 | Email/Text: bankruptcy.notices@hdfsi.com | Oct 05 2020 21:44:00 | Harley Davidson Financial, Attention: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 516998177 | Email/Text: HWIBankruptcy@hunterwarfield.com | Oct 05 2020 21:43:00 | Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 517284246 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 05 2020 21:43:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 516998132 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 05 2020 22:18:20 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 516998133 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 05 2020 22:18:59 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 516998185 | Email/Text: gmiller@johnnyonthespot.com | Oct 05 2020 21:43:00 | Johnny On The Spot, LLC, 3168 Bordentown Ave, Old Bridge, NJ 08857-9703 |
| 516998188 | Email/Text: PBNCNotifications@peritusservices.com | Oct 05 2020 21:42:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 516998189 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 05 2020 21:42:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 516998196 | Email/Text: camanagement@mtb.com | Oct 05 2020 21:43:00 | M&T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203-1420 |
| 516998201 | + Email/PDF: pa_dc_claims@navient.com | Oct 05 2020 22:18:43 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516998202 | Email/PDF: pa_dc_claims@navient.com | Oct 05 2020 22:18:43 | Navient Solutions Inc, 11100 USA Pkwy, Fishers, IN 46037-9203 |
| 517127455 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2020 22:18:42 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517158078 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2020 22:18:23 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517174932 | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2020 21:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516998222 | Email/Text: bkrpt@retrievalmasters.com | Oct 05 2020 21:43:00 | RMCB Collection Agency, PO Box 1235, Elmsford, NY 10523-0935 |
| 516998226 | Email/Text: bankruptcy@bbandt.com | Oct 05 2020 21:43:00 | Sheffield Financial Co, 2554 Lewisville Clemmons Rd, Clemmons, NC 27012-8110 |
| 516998232 | Email/Text: david.johnson@sterlingnationalbank.com | Oct 05 2020 21:43:00 | Sterling National Bank, 500 Fashion Ave, New York, NY 10018-4502 |
| 516998239 | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2020 22:18:17 | Syncb Bank/American Eagle, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 516998241 | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2020 22:18:17 | Syncb/Amer Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 516998242 | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2020 22:18:17 | Syncb/Carcare One, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 516998244 | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2020 22:18:57 | Syncb/Improvement Solu, Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 516998243 | Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0312-3 | User: admin | Page 6 of 9

Date Rcvd: Oct 05, 2020 | Form ID: pdf905 | Total Noticed: 229

| | | | |
|---|---|---|---|
| | | Oct 05 2020 22:18:17 | Syncb/Improvement Solu, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 516998247 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2020 22:18:57 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 516998249 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2020 22:18:17 | Syncb/Pc Richard, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 516998240 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2020 22:18:57 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 516998245 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2020 22:18:57 | Syncb/lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 516998248 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2020 22:18:17 | Syncb/paypal Smart Con, PO Box 965005, Orlando, FL 32896-5005 |
| 516999939 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2020 22:18:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516998250 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2020 22:18:17 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516998251 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2020 22:18:17 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516998252 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2020 22:18:17 | Synchrony Bank/Car Care One, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516998253 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2020 22:18:17 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 516998254 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2020 22:18:17 | Synchrony Bank/Paypal Cr, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516998255 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2020 22:18:17 | Synchrony Bank/Pc Richard, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516998257 | | Email/Text: bankruptcy@td.com | |
| | | Oct 05 2020 21:43:00 | Td Bank N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 516998256 | | Email/Text: bankruptcy@td.com | |
| | | Oct 05 2020 21:43:00 | Td Bank N.A., 70 Gray Rd, Portland, ME 04105-2019 |
| 516998258 | | Email/Text: bankruptcy@td.com | |
| | | Oct 05 2020 21:43:00 | Td Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 516998259 | | Email/Text: bankruptcy@td.com | |
| | | Oct 05 2020 21:43:00 | Td Banknorth, Attn: Bankruptcy, PO Box 1190, Lewiston, ME 04243-1190 |
| 517085225 | + | Email/Text: MNARCISO@NEPTUNETOWNSHIP.ORG | |
| | | Oct 05 2020 21:44:00 | Township of Neptune, POB 1167, Neptune, NJ 07754-1167 |
| 518375964 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | |
| | | Oct 05 2020 21:43:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517110585 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | |
| | | Oct 05 2020 22:18:47 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516998269 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Oct 05 2020 21:42:00 | Verizon, 140 W State St, New York, NY 10007 |
| 516998270 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Oct 05 2020 21:42:00 | Verizon Wireless, 2 Verizon Pl, Alpharetta, GA 30004-8510 |
| 516998271 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Oct 05 2020 21:42:00 | Verizon Wirelss, 2000 Corporate Dr, Orangeburg, NY 10962-2624 |

TOTAL: 63

# BYPASSED RECIPIENTS

District/off: 0312-3 | User: admin | Page 7 of 9
Date Rcvd: Oct 05, 2020 | Form ID: pdf905 | Total Noticed: 229

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517952525 | | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City OK 731 |
| cr | *+ | Professional Services Funding Group, Inc., 121 Old Marlton Pike, Medford, NJ 08055-8750 |
| 517261615 | *+ | Caliber Home Loans, Inc., CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY OK 73134-2500 |
| 517014589 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, Dept. 55953, P O Box 55000, Detroit, MI. 48255-0953 |
| 517015872 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, PO BOX 62180, Colorado Springs, CO 80962-4400 |
| 516998179 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Servic, 5218 Atlantic Ave, Mays Landing, NJ 08330-2003 |
| 518126997 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 516998180 | * | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 516998098 | ## | ACAD, US Com, LLC, 257 Ramblewood Pkwy, Mount Laurel, NJ 08054-2431 |
| 516998118 | ## | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 516998131 | ## | Cement Masons' Union Local No. 592, Welfare and Pension Funds, 2315 S 22nd St, Philadelphia, PA 19145-3406 |
| 516998145 | ## | Dean Enterprises, 1535 Route 206, Tabernacle, NJ 08088-8852 |
| 516998152 | ## | Dustin A. Cucinotta, 257 Ramblewood Pkwy, Mount Laurel, NJ 08054-2431 |
| 516998163 | ##+ | Finance of America Mor, 15325 Fairfield Ranch Rd, Chino Hills, CA 91709-8842 |
| 516998176 | ## | Heritage Business Systems, 1263 Glen Ave # 290, Moorestown, NJ 08057-1157 |
| 516998178 | ## | Indian Mills Contracting, Inc., PO Box 2654, Vincentown, NJ 08088-2654 |
| 516998187 | ## | Knauplaw, PC, 900 Haddon Ave # 206, Collingswood, NJ 08108-2111 |
| 516998218 | ## | Professional Services of Marlton, 48 N Maple Ave, Marlton, NJ 08053-3023 |
| 516998224 | ## | RMS, PO Box 361598, Columbus, OH 43236-1598 |
| 516998225 | ## | Safeguard Business Systems, 50 Hanover Ct, Langhorne, PA 19047-1135 |
| jdb | *+ | Candice M Ferrell, 105 Savoy Blvd., Chatsworth, NJ 08019-2220 |

TOTAL: 1 Undeliverable, 8 Duplicate, 12 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2020          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Mediator Andrew J. Kelly akelly@kbtlaw.com wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw.com;tgraga@kbtlaw.com |
| Andrew J. Kelly | on behalf of Mediator Andrew Kelly  Esq. akelly@kbtlaw.com, wsheridan@kbtlaw.com;cyaccarinoesq@me.com;saudino@kbtlaw.com;mgifford@kbtlaw.com;kgaldieri@kbtlaw.com;tgraga@kbtlaw.com |
| Andrew L. Spivack | on behalf of Creditor CALIBER HOME LOANS  INC. nj.bkecf@fedphe.com |
| Bunce Atkinson | on behalf of Attorney Atkinson & DeBartolo  PC bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.com,atkinson@remote7solutions.com |

District/off: 0312-3
Date Rcvd: Oct 05, 2020

User: admin
Form ID: pdf905

Page 8 of 9
Total Noticed: 229

Bunce Atkinson
on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Daniel E Straffi
on behalf of Defendant Josh Ferrell bktrustee@straffilaw.com
G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

Daniel E. Straffi
on behalf of Defendant Josh Ferrell bkclient@straffilaw.com
G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

Daniel E. Straffi
on behalf of Defendant Joshua W Ferrell bkclient@straffilaw.com
G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

Daniel E. Straffi
on behalf of Joint Debtor Candice M Ferrell bktrustee@straffilaw.com
G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

Daniel E. Straffi
on behalf of Debtor Joshua W Ferrell bktrustee@straffilaw.com
G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

Denise E. Carlon
on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Janet Gold
on behalf of Creditor Professional Services Funding Group  Inc. jgold@egclawfirm.com,
ksantiago@egalawfirm.com,jwingfield@egalawfirm.com

Jenna Z. Gabay
on behalf of Creditor Colonial Funding Network  Inc. as servicing provider for Life Capital jenna.gabay@rivkin.com,
matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;farrah.choudry@rivkin.com

Jenna Z. Gabay
on behalf of Plaintiff Kapitus Servicing  Inc. f/k/a Colonial Funding Network, Inc., as servicing provider for Life Capital Partners,
Inc. jenna.gabay@rivkin.com,
matthew.spero@rivkin.com;jeannine.farino@rivkin.com;jennifer.davila@rivkin.com;atia.allen@rivkin.com;farrah.choudry@rivkin.com

John F Newman
on behalf of Creditor SJFCU courts@southjerseyfcu.com

John R. Morton, Jr.
on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com,
mortoncraigecf@gmail.com

Margaret Mcgee
on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

R. A. Lebron
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@feinsuch.com

Rebecca Ann Solarz
on behalf of Creditor Harley-Davidson rsolarz@kmllawgroup.com

Sherri Jennifer Smith
on behalf of Creditor CALIBER HOME LOANS  INC. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

Sindi Mncina
on behalf of Creditor CALIBER HOME LOANS  INC. smncina@rascrane.com

Thomas A. Hagner
on behalf of Creditor Cody Barry tahagner@hzlawpartners.com

Travis L. Kreiser
on behalf of Creditor Norris Sales Co.  Inc. travis.kreiser@verizon.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor Caliber Home Loans  Inc. ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com


TOTAL: 29