Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17–26345–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joshua W Ferrell
105 Savoy Blvd.
Chatsworth, NJ 08019

Candice M Ferrell
105 Savoy Blvd.
Chatsworth, NJ 08019

Social Security No.:
    xxx–xx–1296                                    xxx–xx–5604

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 17, 2020              Kathryn C. Ferguson
                                       Judge, United States Bankruptcy Court